UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA                NOTICE OF MOTION
                                        TO ADMIT COUNSEL
   --against--                          PRO HAC VICE
                                        Mag. No. 13MJ245
BEBARS BASLAN and
KRISTEN HENRY,

Defendants.
-----------------------------------------------------------------X

TO: AUSA TYLER SMITH
OFFICE OF THE US ATTORNEY EDNY

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Cariddi and Garcia Esqs. and a member in good standing of the Bar of the State of New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant Bebars Baslan. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

_____
Anthony J. Cariddi
Cariddi and Garcia Esqs.
P.O. Box 188, 237b Boulevard
Hasbrouck Heights, NJ 07604
Cariddiandgarcia@msn.com
201 288 0217 office, 551 804 0449 cell
Dated: April 10, 2013

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT OF ANTHONY CARIDDI IN SUPPORT OF MOTION TO ADMIT |
| - against - | COUNSEL PRO HAC VICE |
| BEBARS BASLAN and KRISTEN HENRY, | Mag. No. 13MJ245 |
| Defendants. | (T.18, U.S.C., sec. 2241( c )) |

-------------------------------------------------------X

State of New Jersey　　)
　　　　　　　　　　　) ss:
County of Bergen　　　)

Anthony Cariddi, being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Cariddi and Garcia Esqs., P.O. Box 188, (237b Boulevard) Hasbrouck Heights New Jersey, 07604.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for defendant Bebars Baslan.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Anthony J. Cariddi
　　　　　　　　　　　　　　　　　　　　　Cariddi and Garcia Esqs
　　　　　　　　　　　　　　　　　　　　　P.O. Box 188 (237b Boulevard)

Hasbrouck Heights, NJ 07604
Cariddiandgarcia@msn.com
201 288 0217 office
551 804 0449 cellular

Dated: April 10, 2013

NOTARIZED

*[signature]*

MARY J JESTER
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 8/23/2016

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, **WILLIAM T. WALSH**, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Anthony J. Cariddi

was duly admitted to practice in said Court as of June 18, 1981, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: April 9, 2013

WILLIAM T. WALSH, CLERK

By *Kimberly Johnson-Singh*
Kimberly Johnson-Singh, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | ADMISSION TO PRACTICE |
| --against-- | PRO HAC VICE |
| BEBARS BASLAN and | Mag. No. 13MJ245 |
| KRISTEN HENRY | |
| Defendants. | |

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney ANTHONY J. CARIDDI is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant BEBARS BASLAN.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

_____
United States District Judge

cc: Pro Hac Vice Attorney
Court File

Local Rules of the
United States District Courts for the
Eastern and Southern Districts of New York
(April 15, 1997)

---

Local Civil Rule 1.3(c)

A member in good standing of the bar of any state or any United States District Court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re Pro Hac Vice Admission Fees

                 ADMINISTRATIVE ORDER
                 97-13

-------------------------------------------------------------X

   WHEREAS the Judicial Conference at its September 23, 1997 meeting decided that local courts may charge, at their option, a local fee for pro hac vice admission separate from the fees currently authorized for the admission of attorneys to practice for all purposes, and

   WHEREAS the Judicial Conference provided further that revenues from local fees set for pro hac vice admission may be deposited into a district's local non-appropriated funds account, and

   WHEREAS the Board of Judges of the Eastern District of New York at it's meeting held on October 21, 1997 approved a fee of $25.00 for each pro hac vice admission approved by the Court, and directed that these fees be deposited into the District Courts Purpose Fund, a local non-appropriated account.

   NOW THEREFORE, it is Ordered that the Clerk's Office begin charging $25.00 for each pro hac vice admission and deposit the funds so collected in the Court Purpose Fund, effective November 3, 1997.

SO ORDERED.

Dated: Brooklyn, New York
October 23, 1997

                     _____
                     CHARLES P. SIFTON, Chief Judge