UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA                    ADMISSION TO PRACTICE

    --against--                                        PRO HAC VICE

BEBARS BASLAN and                                Mag. No. 13MJ245

KRISTEN HENRY

    Defendants.

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The

admitted attorney ANTHONY J. CARIDDI is permitted to argue or try this particular case in

whole or in part as counsel or advocate for defendant BEBARS BASLAN.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms

your appearance as counsel in this case. A notation of your admission pro hac vice in the above

listed case will be made on the roll of attorneys.

                                                        **SO ORDERED:**

Dated:

                                                          /s/
                                                          *Roanne L. Mann*
                                                          *U.S. Magistrate Judge*
                                                           *Dated: 4/11/13*

                                                    United States District Judge

cc: Pro Hac Vice Attorney
Court File