AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

UNITED STATE OF AMERICA
        Plaintiff (s),
V.
BEBARS BASLAN
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:13-MJ-00245-RLM__

Notice is hereby given that, subject to approval by the court, __BEBARS BASLAN__ substitutes
                                                                                                     (Party (s) Name)

__ANTHONY J. CARIDDI__, State Bar No. __AJC0789__ as counsel of record in
(Name of New Attorney)

place of __RICHARD B. LIND__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           CARIDDI AND GARCIA ESQS.
    Address:              P.O. BOX 188, HASBROUCK HEIGHTS, NJ 07604
    Telephone:          (201) 288-0217          Facsimile (201) 569-2923
    E-Mail (Optional):    CARIDDIANDGARCIA@MSN.COM

I consent to the above substitution.
Date: __April 16, 2013__
                                    (Signature of Party (s))

I consent to being substituted.
Date: __April 10, 2013__
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __April 10, 2013__
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]