AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

| UNITED STATE OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| BEBARS BASLAN | CASE NUMBER: 1:13-MJ-00245-RLM |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __BEBARS BASLAN__ substitutes
(Party (s) Name)

__ANTHONY J. CARIDDI__, State Bar No. __AJC0789__ as counsel of record in
(Name of New Attorney)

place of __RICHARD B. LIND__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CARIDDI AND GARCIA ESQS.
Address: P.O. BOX 188, HASBROUCK HEIGHTS, NJ 07604
Telephone: (201) 288-0217          Facsimile (201) 569-2923
E-Mail (Optional): CARIDDIANDGARCIA@MSN.COM

I consent to the above substitution.
Date: April 16, 2013
(Signature of Party (s))

I consent to being substituted.
Date: April 10, 2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 10, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 4/16/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]