# Carol J. Garcia Esq.
# Anthony J. Cariddi Esq.

Kindly respond to:<br>
P.O. Box 188<br>
Hasbrouck Heights, NJ 07604

May 31, 2013

The Honorable Raymond J. Dearie
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Bebars Baslan, 13-CR-220 (RJD)


Your Honor:

     Enclosed please find a proposed Order requiring the MDC to permit N.G. Berrill Ph.D. a board certified psychologist N.G. Berrill, Ph.D. a board certified psychologist, and a technician from his office, Mari Cruz Garcia (both of whom have been previously approved and admitted to MDC) to enter the MDC and perform a psychological examination of Mr. Bebars Baslan, inmate Reg. No. 80637-053. The MDC will not permit N.G. Berrill Ph.D. and technician Mari Cruz Garcia to enter the facility without such an order.

Thank you kindly for your attention.  Please advise if you require additional information.

                              Respectfully submitted,

                              /s/ *Anthony J. Cariddi, Esq.*
                              Cariddi and Garcia Esqs.
                              201 288 0217

enc. Proposed order
cc: Clerk of the court (by ECF)

Office consultations by appointment
Office:(201) 288-0217/ Cellular:(551) 804-0449/ Facsimile:(201) 596-2923
cariddiandgarcia@msn.com