BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>MAY 30, 2013  FROM  11:00AM TO 11:15AM</u>

DOCKET NUMBER:   CR 13-220 (RJD)

**U.S.A. -v-    BEBARS BASLAN (IN CUSTODY)**
              **COUNSEL:   ANTHONY CARIDDI (RETAINED)**
**U.S.A -v-    KRISTEN HENRY (IN CUSTODY)**
              **COUNSEL:   HEIDI CESARE (LAS)**

**AUSA:  TYLER SMITH**

COURT REPORTER:  MARYAGNES DRURY

X    CASE CALLED FOR STATUS CONFERENCE.
     DEFENDANTS PREVIOUSLY ARRAIGNED ON 4/29/13 BEFORE
     MAGISTRATE JUDGE POLLAK.
     COUNSEL ANTHONY CARIDDI FOR DEFENDANT BASLAN DID NOT
     APPEAR.  COURT WILL INQUIRE WHY HE FAILED TO APPEAR.
     DISCUSSION HELD.
     COURT IS ADVISED THAT DISCOVERY IS ONGOING AND THAT PLEA
     DISCUSSIONS ARE UNDER WAY AS TO DEFENDANT HENRY.
     GOVERNMENT COUNSEL AND MS. CESARE ADVISE COURT THAT THEY
     CONSENT TO AN EXCLUSION OF TIME.  THE COURT, ON BEHALF OF
     DEFENDANT BASLAN EXCLUDES TIME.  TIME FROM TODAY THROUGH
     8/2/13 IS EXCLUDED IN THE INTEREST OF JUSTICE FOR BOTH DEFENDANTS.
     COUNSEL MR. CARIDDI WILL BE DIRECTED TO SUBMIT A WRITTEN STATUS
     UPDATE ON BEHALF OF HIS CLIENT.
     CASE ADJOURNED TO 8/2/13 AT 10:30AM.
     DEFENDANTS CONTINUED IN CUSTODY.