# Exhibit A

FD-597 (Rev 8-11-94)  Page 1 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305C-NY-JF9386

On (date) 3/19/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Bebars Baslan
(Street Address) 1153 Ocean Parkway
(City) Brooklyn, NY

Description of Item(s):
1 Aqua USB
1 Silver USB
2 Sandisk ultras
1 canon compact flashcard
1 transcend micro SD adapter
1 nokia cell phone (IMEI : 353659011228083)
1 IPhone
1 Sony NX flash memory
1 Seagate SN: W110AJ74 hard drive
1 Samsung harddrive SN: S2TPJ9EC832567
1 OCZ harddrive SN: 02543126005348
1 Apricon hard drive SN: A25-PL256-XXX
1 Seagate hard drive SN: NA0QAS7L
5 CDs in jewel cases
1 Silver hard drive "fantom drives" SN: SJ0379888
1 Seagate SN: 6W5222Q3K
1 receipt for Benedryl and other items/1 description page for encryption pad
#3 1 video camera
5 1 Macbook laptop
6 1 Apple computer

FD-597 (Rev 8-11-94)                                           Page 2 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305C-NY-2739386

On (date) 3/19/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Bebars Buslan
(Street Address) 1153 Ocean Parkway
(City) Brooklyn, NY

Description of Item(s):
3 Seagate HD ✓
1 Fujitsu external harddrive ✓
1 Rock mobil disk ✓
2 iPhones ✓
1 iPOD ✓
1 IS storage device ✓
10 memory sticks ✓
1 seagate free agent desk
1 seagate external drive
1 write master DVD writer
1 apple base station
1 nvidia motherboard
1 acer external hard drive
2 blank CD
2 photon green drive
3 DVD cases
2 mini cassettes
1 lumex camera GH2
15 mini cassettes
1 geek squad thumbdrive

*U.S. GPO: 2001-480-426/51010

FD-597 (Rev 8-11-94)            Page 3 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305C-NY-2739386

On (date) 3/19/2013

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Bebars Baslan

(Street Address) 1153 Ocean Parkway

(City) Brooklyn, NY

Description of Item(s):
- (#14) 1 Compaq laptop #N: CNF53327CD
- #15 - 1 Lacie d2 quadra hard disk
- #16 - 1 plastic jar containing green leafy substance
- #17 - tan powdery substance in plastic baggie
- #18) 6 USBs
  - 1 silver/black storage device ✓
  - 2 USB card readers ✓
  - 8 memory sticks ✓
  - 1 firelight external HD ✓
  - 1 seagate free agent hard drive ✓
  - 1 barracuda HD ✓
  - 1 samsung drive ✓
- #19) 1 CD
  - 1 box w/ 5 numi cassettes
  - 1 IPAD
- #20) 1 baggie w/ unknown substance
- #21) 3 items of paraphernelia
- #22) 1 scale
- #23) 1 camcorder w/ cord
- #24) 2 IPADs (1 black cover/ 1 blue cover)

FD-597 (Rev 8-11-94)     Page 4 of 4

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 305C-NY-2739386

On (date) 3/19/2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Bebars Baslan
(Street Address) 1153 Ocean Parkway
(City) Brooklyn, NY

Description of Item(s):
#25 - Apple TV
#26 - Samsung Galaxy Ace
#27 - green leafy substance in black paraphernalia and green leafy substance in green apparatus.
#28 - Apple TV
#29 - Mac tower S/N: YYM04618CEUF (Office)