# Carol J. Garcia Esq.
# Anthony J. Cariddi Esq.

Kindly respond to:<br>
P.O. Box 188<br>
Hasbrouck Heights, NJ 07604

July 17, 2013


The Honorable Raymond J. Dearie
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Bebars Baslan, 13-CR-220 (RJD)


Your Honor:

    Due to my unavailability on August 2, 2013, I contacted Deputy Ellen Mulqueen and requested an earlier status date.  After contacting AUSA Tyler Smith the new status date is scheduled for Tuesday July 23, 2013 at 2:00 pm before the Duty Magistrate.


Thank you kindly for your attention.

                                            Respectfully submitted,

                                            /s/ *Anthony J. Cariddi, Esq.*
                                            Cariddi and Garcia Esqs.
                                            201 288 0217

cc: Clerk of the court (by ECF)

Office consultations by appointment
Office:(201) 288-0217/ Cellular:(551) 804-0449/ Facsimile:(201) 596-2923
cariddiandgarcia@msn.com