# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

October 23, 2013

**BY ECF**

HONORABLE RAYMOND J. DEARIE
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    **United States v. Bebars Baslan**

                    **Docket No. 13 CR 220 (RJD)**

Dear Judge Dearie:

      I respectfully ask that my client Bebars Baslan and I appear before the Court on the same calendar this coming Monday, October 28th as co-defendant Kristen Henry and her counsel Alan Seidler. There have been developments in the case that may or may not lead to progress in resolving certain issues. In addition, there are separate, but related, issues to that of the co-defendant that I wish to bring to Your Honor's attention, and perhaps to help speed resolutions to those problems, without preliminary broadcast on ECF. A joint appearance this coming Monday will likely resolve certain issues, perhaps define others and, most likely, save time in the progress of the case.

      I will submit for the Court's review a medical order to the MDC for Mr. Baslan. He has a number of medical issues, some of which are potentially serious and life threatening, that have to date been ignored by the MDC despite my request for medical attention for my client several weeks ago, and his own repeated requests pursuant to the institution's bureaucratic procedures.

      I thank Your Honor for this consideration.

                                                          Respectfully Submitted,

                                                            Ephraim Savitt

cc:      All counsel (By ECF)