# YING STAFFORD

Attorney at Law
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone: (212) 689-3858
Facsimile: (212) 689-0669

February 27, 2014

**BY ECF**
The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Kristen Henry
Case No. 13 Cr. 220 (RJD)

Dear Judge Dearie:

     This letter is submitted to respectfully request additional time to file the pre-trial motions in this case. The defendant's pre-trial motions are due on March 4, 2014. The defendant most respectfully requests that pre-trial motions be filed on March 14, 2014.

     The basis for the requested additional time is for Ms. Henry to meet and consult with newly appointed <u>Curcio</u> counsel, Ms. Susan Kellman, Esq. The undersigned has conferred with Ms. Kellman, and she agrees with the necessity of an adjournment at this time so that Ms. Kellman may adequately advise Ms. Henry regarding her decision to waive this very important <u>Curcio</u> issue.

Respectfully submitted,

/s/Ying Stafford_____
Ying Stafford, Esq.
*Attorney for Kristen Henry*