UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

BEBARS BASLAN,
KRISTEN HENRY,

        Defendant(s).
-------------------------------------------------------X

**REVISED**
**BRIEFING & SCHEDULING ORDER**

DOCKET # <u>CR-13-220 (RJD)</u>

DEARIE, DISTRICT JUDGE.

The Court revises the briefing schedule as follows:

| | |
|---|---|
| Defense motions due: | March 31, 2014 |
| Government opposition due: | April 21, 2014 |
| Defense reply, if any, due: | April 25, 2014 |

<u>**STATUS CONFERENCE:**</u>    <u>**MAY 2, 2014 AT 12:30PM**</u>

Should counsel have any questions, they are directed to phone Ms. Ellen Mulqueen at 718-613-2435.

SO ORDERED.

Dated: Brooklyn, New York
       March 14, 2014

                                */s/ Raymond J. Dearie*
                                RAYMOND J. DEARIE
                                UNITED STATES DISTRICT COURT JUDGE