## Criminal Calendar Status Conference

1 hour

**Before: Judge** Dearie U.S.D.J.    7/10/14

**Date:** 7/10/14    **Time:** 10:00
**DOCKET NUMBER:** CR-13-220    **CASE NAME:** ____
**DEFENDANT'S NAME:** Behars Bastan
___ Present ___ Not Present _X_ In Custody ___ Bail

**DEFENSE COUNSEL:** Ephraim Savitt
___ Legal Aid ___ CJA ___ Retained

**AUSA:** Tyler Smith / T. Demas    **Deputy Clerk:** G. Batista

**INTERPRETER:** ____ (Language) ____

**COURT REPORTER:** Nicole Canales

_✓_ Case called for: Status Conf.

___ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start____ Stop____

___ Status conference set for ____ @ ____ Before: Judge ____

___ Pretrial conference set for ____ @ ____ Before: Judge ____

___ Bail Hearing:

___ Defendant was released on ____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

_✓_ **OTHERS:** Preparations for Trial discussed.
_✓_ Defense request to Adj. trial denied
S/S on 7/14 before MJ. Pollak and
Trial to begin on 7/15/14 before
Judge Dearie @ 9:30