TJS/TAD:tt
F. #2013R0381

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  Docket. No. <u>13-CR-220 (RJD)</u>

BEBARS BASLAN,

             Defendant.

- - - - - - - - - - - - - - - - -X

<u>NAMES AND PLACES</u>

                                  LORETTA E. LYNCH
                                  UNITED STATES ATTORNEY
                                  Eastern District of New York
                                  271 Cadman Plaza East
                                  Brooklyn, New York 11201

Tyler J. Smith
Tiana A. Demas
Assistant U.S. Attorneys
    (Of Counsel)

The government expects that the following names and places may come up during trial:

1. Assistant United States Attorney Tyler Smith
2. Assistant United States Attorney Tiana Demas
3. Tareva Torres
4. Special Agent Aaron Spivack, FBI
5. Defendant Bebars Baslan
6. Defense Counsel Ephraim Savitt
7. Defense Counsel Natasha Marosi
8. Kristen Henry
9. Jason Abramovitz, Federal Bureau of Investigation ("FBI")
10. Dr. Mohammed Boudaoud, FBI
11. Stephen Flatley, FBI
12. Detective Damon Gergar, New York City Police Department ("NYPD")
13. Special Agent Maria Johnson, FBI
14. Police Officer Danny Lee, NYPD
15. James Malibran
16. Special Agent Linh Phung, FBI
17. Special Agent John Robertson, FBI
18. Special Agent Elizabeth Roble, FBI
19. Intelligence Analyst Odessa Simms
20. Detective Frank Torres, NYPD
21. 1153 Ocean Parkway, Brooklyn, NY

22. Hyatt Hotel, Jersey City, New Jersey

23. Hannah Kirschner

24. Danielle Munoz

25. Henry Enright

The government also requests that the Court ask the jurors if they know any of the individuals whose images appear in photographs that will be provided to the Court. The photographs are of individuals whose full names the government has requested be protected.[1] Thus, to ensure that none of the jurors know these individuals, showing photographs will serve the same purpose as reading their names.

Dated:   Brooklyn, New York
         July 10, 2014

>                                LORETTA E. LYNCH
>                                United States Attorney
>                                Eastern District of New York
>
>                          By:   /s/_____
>                                Tyler J. Smith
>                                Tiana A. Demas
>                                Assistant United States Attorneys
>                                (718) 254-6186/6116

cc:   Clerk of Court (RJD) (by ECF)
      Ephraim Savitt, Esq. (by ECF)

---

[1] Judge Dearie has ordered that the identities of some of these individuals be protected, but has reserved decision on other of them.