

**From:** Ronald E. Tolkin [mailto:ronald.e.tolkin@verizon.net]
**Sent:** Sunday, July 13, 2014 2:57 PM
**To:** Demas, Tiana (USANYE); 'Ronald_E_Tolkin@nyed.uscourts.gov'
**Cc:** Smith, Tyler (USANYE)
**Subject:** RE: 6/24/14 USA v. Bebars Baslan

Tiana:
You are absolutely correct that the sentence should read,
"A  I asked Mr. Baslan outright if they were going to abuse the kids that night."
It should not read, "I asked Mr. Baslan outright if they were going to view the kids that night."  I
heard it wrong.  I did write view in my steno notes but I listened to the audiosync file several times
and it clearly has to abuse the kids that night.
Now, you have to notify Mr. Savitt about this.  I once made an ex-parte correction for Douglas
Pravda because I agreed with what he thought was said and federal defenders objected because
they were just told I made the correction after agreeing with it and were not consulted ahead of
time.  I had to testify for an hour and a half before Judge Mauskopf at a hearing on this matter.  So I
believe you should contact Mr. Savitt and advise him that I have made this correction after agreeing
that the word is "Abuse" and not "View".  I am attaching a corrected PDF transcript.  I will forward a
corrected transcript to Ellen Mulqueen and Judge Dearie.  I will forward one to Mr. Savitt.  I still think
you need to contact him.
Best wishes
Ronald E. Tolkin
Official Court Reporter
718-613-2647
Ronald_tolkin@nyed.uscourts.gov


**From:** Demas, Tiana (USANYE) [mailto:Tiana.Demas@usdoj.gov]
**Sent:** Sunday, July 13, 2014 11:54 AM
**To:** Ronald E. Tolkin
**Cc:** Smith, Tyler (USANYE)
**Subject:** RE: 6/24/14 USA v. Bebars Baslan

Hi Ron,

I think there is an error in the transcript at page 22. I believe the agent testified: "I asked Mr. Baslan outright if they were going to abuse the kids that night."

The current transcript reads: "I asked Mr. Baslan outright if they were going to view the kids that night."

Can you listen to the recording and see if I am correct and if so, circulate an amended transcript? We start trial on Tuesday, so I'd like to figure this out before then.

Thanks so much for your help!

Tiana

**From:** Ronald E. Tolkin [mailto:ronald.e.tolkin@verizon.net]
**Sent:** Tuesday, July 01, 2014 8:41 AM
**To:** Demas, Tiana (USANYE)
**Subject:** 6/24/14 USA v. Bebars Baslan

Please find attached the minutes taken of the suppression hearing before Judge Dearie on June 24, 2014 in USA v. Bebars Baslan.
I am attaching my invoice for processing.  Please have a TOF issued.

Best wishes
Ronald E. Tolkin
Official Court Reporter
718-613-2647
ronald_tolkin@nyed.uscourts.gov