

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TJS
F. #2013R00381

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 14, 2014

By E-mail

Ephraim Savitt, Esq.
Natasha Marosi, Esq.
260 Madison Avenue
22nd Floor
New York, New York 10016
Email: Ephraim@Savittesq.com

        Re:   United States v. Bebars Baslan
                Criminal Docket No. 13-220 (RJD)

Dear Counsel:

      While the government does anticipate that any of the following witnesses will offer opinion testimony at trial, in an abundance of caution and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Evidence, the government makes that following expert disclosures:

      Stephen Flatley: Digital Forensic Specialist

      At the trial in the above-referenced matter, the government expects to call Stephen Flatley.  Mr. Flatley has been a computer forensic examiner with the Federal Bureau of Investigation ("FBI") for approximately nine years.  He has received training in numerous methods concerning the forensic examination of electronic equipment and has previously been certified as an expert in this field in federal court.   A copy of his curriculum vitae has previously been provided.

      Mr. Flatley is expected to testify regarding the forensic examinations of electronic evidence

Mohammed Boudaoud; Encryption Specialist

At the trial in the above-referenced matter, the government expects to call Mohammed Boudaoud. Dr. Boudaoud has been employed as a contractor supporting the FBI Cryptologic and Electronic Analysis Unit for approximately 17 years. He has a Ph.D. in the field of electrical engineering and specializes cryptographic systems, digital signal processing, system engineering, and system development. A copy of his curriculum vitae has previously been provided.

Dr. Boudaoud is expected to testify regarding methods of encryption and his decryption of an Apricorn-brand hard drive.

Aaron Spivack: Sexual Terminology

At the trial in the above-referenced matter, the government expects to call Special Agent Aaron Spivack. Special Agent Spivack has been a Special Agent with the FBI for approximately eight years. For the past four years, he has been assigned to the violent crimes against children squad. As part of his duties as a member of that squad, Special Agent Spivack has become familiar with terminology employed to describe various sexual acts. Special Agent Spivack has on numerous occasions had to engage in online chats in which he is acting in an undercover capacity. In those chats, he employs this type of language.

Special Agent Spivack is expected to testify about common sexual vernacular, such as the sexual meanings of the terms "blow," "go down on." "take a round," etc.

Please contact me with questions or concerns.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/
Tyler J. Smith
Assistant U.S. Attorney
(718) 254-6186