DOCKET NUMBER: 13-cr-220 (rjd)

CRIMINAL CAUSE FOR: Jury selection

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____
BEFORE JUDGE: Pollak   DATE: 7/14/14   TIME IN COURT 7 HRS 0 MINS
DEFENDANT'S NAME: Bebars Baolan   DEFENDANTS # _____
☒ Present   ☐ Not Present   ☒ Custody   ☐ Not Custody
DEFENSE COUNSEL: Ephraim Savitt
☐ Federal Defender   ☒ CJA   ☐ Retained
A.U.S.A.: Tyler Smith, Tiana Demao   PRETRIAL/PROBATION OFFICER _____
(COURT REPORTER) OR ESR OPERATOR: Victoria Torres-Butler   TAPE LOG _____
INTERPRETER: _____   LANGUAGE: _____

- ☐ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☐ Status Conference
- ☐ Telephone Conference
- ☐ Voir Dire Begun   ☐ Voir Dire Held   ☒ Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun
- ☐ Bench Trial Held   ☐ Bench Trial Completed   ☐ Motion Hearing Non Evidentiary
- ☐ Revocation of Probation non contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING _____

UTILITIES
- ☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties
- ☐ ~Util-Set/Reset Hearings

Speedy Trial Start: _____   Speedy Trial Stop: _____   CODE TYPE: _____

Do these minutes contain ruling(s) on motion(s)? ❏   YES   ❏   NO
TEXT

Jury selected