| | | |
|---|---|---|
| Date: 07/18/2014 | Federal Bureau of Prisons | Facility: DC |
| Time: 06:21 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

**Message**

FROM: 80638053@inmatemessage.com
TO: 80637053 BASLAN, BEBARS
SUBJECT: RE: RE: RE: RE: RE: RE: RE: RE: RE: RE: RE: RE: sa
DATE: 07/17/2014 09:12 PM

Hi Dearest,

That is an odd and cute description of court LOL...only you ;)

Your K
-----BASLAN, BEBARS  on 7/16/2014 7:51 PM wrote:

>

Hey dear,

today the firs day of court was so preciouse to me, you have no idea
i have faith i will keep it, and I will pray like crazy
-----HENRY, KRISTEN NICO on 7/14/2014 5:36 PM wrote:

>

Hi you! I'm glad you had a short day last Thursday..I hope [this] week is the same.
Sending you my energy lv. I'm so proud of you, my bUtiful, strong man.

My All,
Your Kristen
-----BASLAN, BEBARS  on 7/12/2014 4:06 PM wrote:

>

Hi you, juts got back from court i am so tired, will ive you details after lockdown lv

I hope you are well
turly yours
-----HENRY, KRISTEN NICO on 7/10/2014 12:21 PM wrote:

>

Oh, this will be good LOL

I will research the jury thing later....waiting patiently for meeting now....

Your Kika
-----BASLAN, BEBARS  on 7/7/2014 9:51 PM wrote:

>

I know it is a bummer, that is why I did not send anything Thursday.

That and a lot more, like I said when you hear who, and what, and in Buffalo, you are going to laugh your head off, especially about what was alleged, and that I actually had to do to lower their inhabitation, it's gold, gold, gold.

I have some more stuff to send, a whole new trail.
One issue now, is that the government asking the judge to restrict us from even telling the jury about the mandatory minimum

Date: 07/18/2014  
Time: 06:21 AM

Federal Bureau of Prisons  
TRULINCS  
**Message**  
Sensitive But Unclassified

Facility: DC

consequences that come with my case, but that is not going to happen, giving our full defense, so we can not be precluded from discussing it.

So I sent you a whole trail of cases, and their appeals, and so forth, take a look and this is going to be our new trail or research.

Your Bibo  
-----HENRY, KRISTEN NICO on 7/5/2014 6:36 PM wrote:

\>

Yes, I reckon I know it...so the overeagerness and over-involvement (to put it nicely) is finally showing it's ugly head as unbeneficial to their case?

I just realized that tomorrow is a holiday so we won't be getting mail...I got your letter from last night with the bna articles--much appreciated my Bebo....and you found the case! :) You're awesome

Enjoy your evening. Because I said so.  
Your K  
-----BASLAN, BEBARS  on 7/3/2014 2:21 PM wrote:

\>

I am actually very optimistic at this point, you know there is a saying "more is less", I can not wait to update you.  
I am alomst done with more research today, I will keep you posted lv.

Yours Trulyeresit  
Your B  
-----HENRY, KRISTEN NICO on 7/1/2014 12:36 PM wrote:

\>

Now who's toxically optimistic! The Bebo, that's who!! LOL

Yours Truly  
Kristen Nicole  
-----BASLAN, BEBARS  on 6/28/2014 5:21 PM wrote:

\>

Indeed :)  
happy sponging. all will be well.

Yuors Truly  
The Bebo  
-----HENRY, KRISTEN NICO on 6/26/2014 3:36 PM wrote:

\>

Bebo,

Ok, good. I'm currently sponging up info on various habeas corpus petitions......

I hope today'sago' is-was going well for us in court..

lv Yours Truly, Kico  
-----BASLAN, BEBARS  on 6/24/2014 2:51 PM wrote: