

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TJS:TAD
F. #2013R00381

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2014

By ECF

The Honorable Raymond J. Dearie
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

7/16/14
Granted on consent.
So ordered.

/s/ Judge Raymond J. Dearie

Re:   United States v. Bebars Baslan, No. 13 Cr. 220 (RJD)

Dear Judge Dearie:

      For the reasons stated herein, the government respectfully moves to correct a portion of the transcript of the suppression hearing held on June 26, 2014 ("Tr."). The government makes this motion because both the government and the case agent recall the agent's response to a particular question differently than what appears in the transcript. The passage at issue currently reads as follows:

> Q:   Explain that.
>
> A:   I asked Mr. Baslan outright if they were going to view the kids that night. Mr. Baslan responded, quote, "we didn't do it. You should have waited." And stated that, "we would have seen that nothing was going to happen."

Tr. at 22.

      Both the government and the case agent recall that the agent stated "abuse the kids," not "view the kids." Today, the government asked the court reporter, Ronald Tolkien, to review the audio recording of the suppression hearing to see if this word was incorrectly transcribed. Mr. Tolkien checked the audio recording of the suppression hearing and confirmed that he had, indeed, made a transcription error. See Exhibit 1 (7/13/14 email re: transcript). The court reporter also informed the government that he has amended the suppression hearing transcript and will be distributing an amended transcript to defense counsel and the Court. Id. The government has advised defense counsel of the transcription