BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **JULY 15, 2014  FROM 9:00AM TO 10:00AM**

CRIMINAL CAUSE FOR PLEADING

DOCKET # CR 13-220-01 (RJD)

CASE: U.S.A. -v-   **BEBARS BASLAN (IN CUSTODY)**
                   **COUNSEL: EPHRAIM SAVITT (CJA)**

AUSA: **TYLER SMITH & TIANA DEMAS**

COURTREPORTER:   VICTORIA TORRES BUTLER

- X   CASE CALLED FOR PLEADING.
- X   DEFENDANT SWORN.

- X   DEFENDANT WITHDRAWS PREVIOUSLY ENTERED PLEA OF NOT GUILTY TO COUNT FIVE(5) ONLY AND ENTERS A PLEA OF GUILTY TO COUNT FIVE(5) OF THE FIVE COUNT INDICTMENT.

- X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS THE PLEA OF GUILTY TO COUNT FIVE(5).

- X   DEFENDANT WILL PROCEED TO JURY TRIAL ON COUNTS 1, 2, 3 AND 4 FOLLOWING THIS PROCEEDING.