**COURT EXHIBIT**
CR 13-220

10 7/24/14

TJS
F.#2013R00381

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                       13-CR-220 (RJD)

BEBARS BASLAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## COUNT ONE
(Travel With Intent to Commit Aggravated Sexual Abuse
of a Minor Less Than 12 Years of Age)

For Count One, how do you find the defendant Bebars Baslan?

Guilty ✓                                  Not Guilty _____

## COUNT TWO
(Conspiracy to Sexually Exploit a Child)

For Count Two, how do you find the defendant Bebars Baslan?

Guilty ✓                                  Not Guilty _____

## COUNT THREE
### (Attempted Sexual Exploitation of a Child)

For Count Three, how do you find the defendant Bebars Baslan?

Guilty ___✓___          Not Guilty _____

## COUNT FOUR
### (Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)

For Count Four, how do you find the defendant Bebars Baslan?

Guilty ___✓___          Not Guilty _____

_____
FOREPERSON