

U.S. Department of Justice

United States Attorney
Eastern District of New York

TJS:TAD
F. #2013R00381

271 Cadman Plaza East
Brooklyn, New York 11201

October 28, 2014

<u>By Hand and ECF</u>

Honorable Raymond J. Dearie
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Bebars Baslan, 13-CR-220 (RJD)</u>

Dear Judge Dearie:

      With the consent of counsel for the defendant, the government respectfully requests a brief extension, until November 24, 2014, to respond to the defendant's post-trial motion. Under the current briefing schedule, the government's response is due on November 7, 2014. The government makes this request because in order to fully address the arguments raised in the defendant's nearly 100-page brief, the government requires additional time. This is the government's first request for an extension of the post-trial briefing schedule. The Court has previously granted 2 extension requests by the defense, resulting in an additional 60 days for the defense to file its motion.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/
      Tiana A. Demas
      Assistant U.S. Attorney
      (718) 254-6116

cc:    Clerk of the Court (RJD) (by ECF)
       Ephraim Savitt, Esq.

Natasha Marosi, Esq.