TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

----------------------------------------------------------------------------------------------------

FROM: 80637053
TO:
SUBJECT: Preserve the Record
DATE: 02/26/2015 10:08:54 AM

Honorable Judge Dearie,

I want to thank you for letting me preserve the record with these documents.

I had prepared a more extensive introduction, but I realized that I am not qualified to make any arguments, nor that I am familiar with the Appeals process. I have intended to hire a attorney to give me advice, but Mr. Savitt had conceded to visit me, and since he was familiar with the case it made more sense, he fell ill however.

When we spoke again last week, he agreed to visit Monday, but did not happen. I feel the upmost sympathy for Mr. Savitt. I am only stating this to make it clear that I did not have any help in this.

I am not trying to make a point here, that any of this is intentional. Health is not something within anyone's control. I am sure that Mr. Savitt is that last one to want to through any of this.

I simply collected the document I though needed to preserve the record, so I can make arguments later. My sentencing submission and this submission were both pro-se, and as much as I tired, I could not get anyone to help me review it.

Due to the fact that my messaging system in BOP will be shut off after sentencing due to Adam Walsh act, I respectfully ask the court to order MDC to provide me with full account of all my email message from corlinks on CD, including attorney emails. While I did receive a portion of my emails form the prosecution as discovery, some but not all of my attorney email were purged. Also I did not have any email from post trial.

Should the government refuse my offer for Miss Henry, I would need to keep my discovery, so I would ask the court to order the prosecution to give me an approved cd holder for all my discovery, as it is customary for defendants who get 10s of cds. Loose CDs get damaged very easily, a $20 cd holder, would save hundreds of dollars later for reproduction.

Thank you
Respectfully submitted,

Bebars Baslan