TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

------------------------------------------------------------------------------------------------

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: Meeting
DATE: 01/05/2015 07:42:31 PM

Hello E, thank you for visiting today,

Here is the recap that you wanted me to remind you of.

1- Emmett Murphy:

- He is an applied psychologist, I had no formal evaluation with him, nor that I consented to a psychological examination by him. Murphy is not a licensed therapist. While Murphy may actually hold a Doctorate in Psychology, I was however, under the impression that although he had actual formal education in 'Applied Psychology', his actual doctorate was in 'Music Study'.

- At best this "Opinion" is no more than a "drive by" diagnosis, even if it was to be taken with any measure of validity, it's a serious Hippa violation.

- His "Documents", were part of a backup image of his Murphy's laptop. Murphy had instructed me to create this backup when he was making copies of his hard drives. The FBI must have opened it and took some files out, misrepresenting to Murphy how these files were stored. This backup copy was never opened or browsed by me since it creation years ago (This can be verified by a simple data examination).

Thus, the "Narcissistic Diagnoses" should be stricken form the PSR Report.

2- "Asserting Innocence"

- No statements on the record were made post trial, by me nor my attorney asserting my innocence or other wise. Since the PSR officer stated in her report that no discussion of the case took place, because she was instructed 'not to' by my attorney, and also because my attorney was not present. There were no facts or basis for the PSR officer to reach the conclusion of perplexing regarding my maintaining my innocence, which seemed to have been used as a gateway to introduce her personal diagnosis, expanding on Murphy's opinion. note: do PSR officers have any psychological training?.

4- Treatment program / designation. I am sure you remember what we discussed.
I would add:
- Proximity for visits.
- Jewish Community,
- In MDC i attended all Jewish services, observed all the holidays, putt the Tefillin everyday, and learn with all volunteer rabbi's that visit prisons in this area.
- I have been on Kosher meals, and only buy kosher food from commissary.

5- Waivers

- I was told to sign the PSI Investigation waivers outside the interview room without the chance to review them because I would not be able to physically sign them once I am there. I was told that my attorney will review them with me, and if I did not agree, then they would be torn. This exchange was witnessed by the 4 marshals on duty at the time.

- My attorney was unfortunately held up in court and was not able to attend, thus I never had the papers reviewed. Taking this into consideration, I now revoke my consent as unwilling.

If argument 1 and 2 failed, then 4 should do the trick.

Per our agreement, those are the objections that you are going to file for me. I am very thankful.
I think this covers out meeting. Let me know when you get it.

Warm Regards
B