**From:** JerryPI <jerrypi@aol.com>
**To:** ephraim <ephraim@savittesq.com>; natasha <natasha@marosiesq.com>; podgorskaya <podgorskaya@hotmail.com>; JerryPI <JerryPI@aol.com>
**Subject:** Re: Bebarsbrainfarts part XXXLVIXXIIIACHE, Vol. XXCLBULLSHIT
**Date:** Fri, May 23, 2014 2:03 pm

Team:

So Baslan wants g*d is a woman blogs from the nut case informant. I think not. I gave a report on Celeni/Salami/Saloonie and I stated it was abridged because of the voluminously of psycho babble that I included some of it. Let Baslan tell us that the blog G*d is a woman will have relevance to his cause then I will research it - I will not be wasting cja funds on something that is a moot issue - However I will bill for this communication(s).

j


-----Original Message-----
From: ephraim <ephraim@savittesq.com>
To: Natasha D. Marosi <natasha@marosiesq.com>; Tamara Podgorskaya <podgorskaya@hotmail.com>; Jerry Gardner <Jerrypi@aol.com>
Cc: Ephraim Savitt <Ephraim@savittesq.com>
Sent: Fri, May 23, 2014 1:54 pm
Subject: Bebarsbrainfarts part XXXLVIXXIIIACHE, Vol. XXCLBULLSHIT

From: BASLAN, BEBARS

To Dos Recap May 22, 2014 10:08 PM

Hello E

This is just to recap the to-dos, would you please answer the question in #1

1- Go for the additional witness, btw what is the harm of calling the other guy with the affidavit, he is actually pro se, and also are we going to include the affidavits with the reply?

2- Step meeting with Gerry and friends.

3- Bring me the Docket and Complaint / Indictment of the additional witness.

4- For Gerry, can he please print samples of Celani's Blog, god is a woman (called grace), I think it would be beneficial to show the state of mind, and schemes he was conducting or planning on conducting at the time.

5- I would like for you to include in the motion the parts that we proffered about jack, if you see fit, as it will give background to my letter.

I look forward to the draft of motion, and to see you on Tuesday Noonish.

Regards Bebars

Sent from my Verizon Wireless 4G LTE Smartphone.