GOVERNMENT EXHIBIT
3500-AS-8
13 CR 220 (RJD)

① 

4/3/14 convo w/ Spivack re: Suppression motion

Who @ arrest:
Aaron  ⎫
John   ⎬ all went inside plus detectives to arrest
Brian  ⎬ 3 people
Lynn   ⎪
Sean   ⎭

2 other agents doing surveillance
2-3 police detectives
Rooms = audiotaped but turned off tapes before arrest

Guns not drawn
· Would have been tactical error 2 do this b/c aaron was 1st person to enter thru door... anyone who entered behind him would have had 2 spot through him

if any obscenity maybe 1 stray
    "an" obscenity no curs words

Told BB + KH + JM under arrest for   (what)
    No threat to tell parents or press
    Kristin not crying or sobbing — took to separate room

Baslan was handcuffed @ X mirandized him
    verbally waived b/c could not phys
    sign w/ cuffs in back  Candy witnessed waiver

②

¶7 of Baslan decl → false
Baslan was one who brought up his parents - asked Spiwack if were going 2 tell his parents
Did not threaten to tell Baslan's parents
CR exact response but may have said s.t. like that if evid takes us there (i.e. to Russie parents), then will have 2 talk 2 them... (or if they're invl'd + have info).
Most likely said that @ this pt, have no intention of talking to your parents but if need to, I will.

Nothing re press

¶9 → Baslan said were going 2 do drugs (him, Kristin + Masre) + have orgy w/ Masre's kids/relatives.
BB
Kept saying that if would have come later, would have seen that nothing would have happened.
→ Only said this stuff when confronted w/ evidence against him.
No hostile tone - Spiwack's role = good cop
¶11 Aaron left 2 speak to John. May have come back + said s.t. 2 affect that Kristen was talking.
Miranda warnings (earlier): read every line of warning line by line + asked BB if he understood each line. BB said he understood.
N. anxious to tell his side of the story.
¶12 → false
¶13 did sign stmt. Said would write down what BB had told them. Can make any additions you want. BB wrote 3-4 stmts @ end + signed it. Was all 1 stmt - not 2 sep stmts.  △'s cuffs taken off @ some pt.

GOVERNMENT EXHIBIT
3500-AS-9
13 CR220 (RJD)

①

4/27/14   convo w/ Spivack

- computer he's talking about has to be laptop

- home computer (desktop)
- didn't have pw to it
- went to residence that night, tried pws that

SW for res → standard CP search → already had this before went to BB residence. Search of all electronics inventd = pursuant to SW, not consent.
⇒ SW for stuff on him = April 1, 2013 SW

pw for home comp he typed on
↑ not BB laptop, was agent laptop
the laptop was on scene

↳ tried to give pw to desktop
gave them weird pw, but did not work

home comp = desktop
gave them pw to this → this is the messed up pw

②

then gave them PW to laptop that was w/him in backpack
gave verbal consent to search laptop on scene
didn't search it
only thing did (prob in BB's presence) =
→ to see if encrypted
    LD v. basic search
    — D looking for open containers / ⎤ Our analyst
      obvious signs of encryption ⎦ can expl. better
if had noticed encryption, and turned off, then might not be able to re-open/get in
so just confirmed was not encrypted

③

Quantico = Apricorn HD

Quantico

Apricorn → No PW to this
            had to crack on own

Went to house + tried PW   (already had PW for
↓ PW did not work              house + all elec)
↳ have 2 check we!
  have eventually searched "home computer"
  ↳                        (desktop)

Also ten laptops, etc. @ house
CP really ltd to Apricorn, Silk stuff
extra laptop + hdd that had remnants of it.

GOVERNMENT EXHIBIT
3500-AS-10
13 CR 220 (RJD)

5/12/14 conv w/ Spivack

after Miranda, etc. + waives, AS said s.t. like - tell me what is going on here? why 3 kids in other hotel room drugged?
- BB said want to talk
- Now is X to tell the truth - this is your chance
  BB defended Jack initially
- then asked why camera
- AS made clear had listened to calls
- then BB started trying to make a deal - will give you all of the CP if you let me go to Russia - will never come to US again → AS may have laughed when BB said this
- never either/or ie: coop or get atty. BB never said s.t. re: atty during entire i/v and only X AS mentioned atty was when reading BB his Miranda rights
- would have said s.t. like - you get to tell your side of story - if honest, can tell prosecutor you were honest w/ me
- AS may have said don't know how many opps we'll have to talk like this (meaning just agents + BB)
- @ pt in i/v when Boston talked re: discussing his options with "someone," i/v was over.

GOVERNMENT EXHIBIT
3500-AS-11
13 CR 220 (RJD)

6/5/14 convo w/ Aaron

Baslan kept saying "I will give you this" if
I get a plea
AS → I'm not that guy - I can't make that deal.
  kept assuring him that not cutting deals,
  did tell him what more honest are, then will
  will proser. that
Reason AS wrote down in stmt "unless I get
a plea" was to document BB's attempt
to cut deal → wanted plea before would give
PN. They would not agree 2 that.