TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

------------------------------------------------------------------------------------

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: RE: RE: PSR, sentencing and sanity
DATE: 12/18/2014 03:24:08 PM

E, please, I have barely begun to scratch the surface to understand what you did, and how it could help me, and if it ever been looked at, or if it did ever work, and in what frame work it would work. I know 8th amendment claims almost never work, at least I never saw one that did. But you mentioned about the cannibal cop.

I can not evaluate anything without talking to you, thus I chose to address the one question, and wait to meet you, than to write a rash email, that we would both regret.

I do love your attack on Smith's argument and logic, it was heartening, prose was brilliant, you got me to smile many time. However, all I can think now is the 45 year sentence that I am going to get.

Why am I thinking that you ask, well you very recently told someone that the judge you show no leniency in my case. In your last email you said that your goal now is not to get me a life sentence, which a substantial jump form "I want to fight your 30 year sentence".

After hearing both, I have not been able to sleep since Sunday, you can confirm the state I was in from Ying very easily.

I have so many questions to ask you, I just want to understand, if you just want to guilt trip me, then go a head, I am not going to bite. I am scared for my life, and I have not seen you since the trial / you remaining on my case meeting, minus the 15 minutes after you posted the motions.

Your perception of what I feel or mean is not accurate.

- I have never sent you any negative or disparaging emails.

-You went against my decisions in every turn, I followed you; when we lost trial, I did not raise my voice, nor I can remember once treating you with anything but respect.

- Your injecting "this is not for me", is without basis.

You have been in the business for as long as I have been alive, if you.. well me, that you just got discouraged by my email, and "THAT IS WHY YOU ARE NOT GOING TO SEE ME NOW", and thus you want to quite. I would simple answer, I do not believe a man of your intelligence, or your experience, would make a reactionary response / step such as this. In this you may find a real compliment. You spend much of law school being taught not to react, because it will affect your client. I do not think that at peak of your career, you suddenly lost sight of that.

As for burning the mid night oil, I did not know that, I assumed that since we actually filed every thing ahead of time, we were not under that much rush. So E, I appreciate it, but I also wish you did not have to considering your health, I wish you just asked for more time if you had this much pressure, considering the trial you had to do, and my sentence and that I am going to be in prison for a long time. To be honest I am yet to understand the rush that the Judge is putting on the case, and why is every one is going along with it.

As always I am going to take the classy route, let us say you are having a bad day, and all this hard work and long hours put on edge when you read my email, and maybe your expecting a rejoice, and did not get it, for that I am sorry.

Let's pretend that we did not have this email, and look forward to seeing you tomorrow, because if you really meant to visit me, then you will, or one can infer that you just waited for an excuse to do this. That would be very sad, and I truly do not believe you would do this. Even though in my most vulnerable state, I am entitled to having irrational thoughts occasionally invade my mine., I am not going not to act on them, and I will disregard them.

Best Regards
B
-----Savitt, Ephraim on 12/18/2014 11:51 AM wrote:

>

TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

----------------------------------------------------------------------------------------

Bebars. This is really difficult for me. I busted my @ss and worked myself practically to death putting together the best possible arguments to save you from a 30-year sentence. I did that because I feel for you and truly believe the sentence you are facing is a travesty.

But I confess that your tepid reaction in your TruLinks email to the hard work I did for you (as well as for my professional obligation and gratification, no doubt) is the very reason I opted to put together the best possible arguments for you without the benefit of your skewed understanding of the law and litigation.

There was no 6th Amendment violation in your proffer; the Massiah issue may have had legs before trial, but it is hopelessly crippled as a result of your pretrial and pre-Celani jail communications; and there is no remotely colorable ewason for you to get your mega terrabyte conputer files.

I was going to see you tomorrow, but I am no longer in the frame of mind to do soanymore now that you have made it plain that what I submitted and how I chose to proceed are "not for me." I will not allow myself to be pressured and criticized, especially after I worked the midnight oil hours for you instead of attending holiday parties which I actuay enjoy and getting a break from the unending court and filing commitments which I desperately need.

Please retain a new lawyer to represent you. If you cannot afford one, you will have to make the application ro have me relieved and for new CJA counsel. I will neither join nor oppose your application. It is unfair to expect the Court to waste dwindling CJA funds (about which I am painfully aware), just after serious constitutional and sentencing issues have been fully briefed and submitted, by appointing a new lawyer who will need months to become familiar with the complex post trial issues in this case. But you are welcome to either find a retained replacement or ask for another free one. Sorry it's come to this again but, although you obviously are unaware of this, you are your own worst enemy. E

BEBARS BASLAN on 12/18/2014 7:19:17 AM wrote
Hi E

I have sent you bunch of corrections for the PSR, all of it are information unknown to you.
There is an additional one, you say in the PSR that I did not distribute to anyone but Jack, I NEVER GAVE JACK ANY ANY FILES, despite of him constantly asking me.

I read the reply to the motion, yes you make a lot of points, yes I thank you for your work.

You did not mention anything about the 6th amendment issues, especially what went on during the proffer.

Also, you had stated in the foot note of the last motion that you ask the judge for a copy of the hard drives.

E, are we going to meet or not, because if not, then I am sorry to say this is not working for me.

I watched so many inmates go through the hell of sentencing memorandum without even seeing their lawyers one, without getting the chance of getting support letters from anyone, without any preparation, I never thought it would happen to me, and I won't let it.

Please answer me today, are we meeting or not?