TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

------------------------------------------------------------------------

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: Print
DATE: 12/22/2014 02:33:41 PM

Hi E

Again let me say I appreciate your work on the Motion, but I have not seen it yet, and will not until at least Monday or Tuesday, which leave us less that 8 days, which mean, that my input again will not takken, and the motions is yours and not mine, I am sorry to sound biter, but I do not believe that you will visit me twice before submitting and we can make any correction, and I do not believe that you will contact any of the 5 witnesses that can witness about Celani, although the only reason why I continued was that YOU UNEQUIVOCALLY PROMISED that this will not happen this time.

I realized that you are excited about the 90 pages that you did, and I am sure it is great, but since I am going to spent the rest of my life in prison as it looks right now, I HAD EVERY RIGHT TO HAVE AN INPUT, this is not right.

I am printing all the emails to I can get a packet to submit for the record for my appeal, and I noticed that I asked for the proffer report to printed about 23 times, you agreed 18 time, maybe I was asking for too much

Would you please let me know, since you are my only link to my legal documents, what is the official procedure for me to get a copy what you have? including all your communication with my prosecutor. I am told that if it is not on the record that I can not bring it up, so I suppose,

TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

----------------------------------------------------------------------------------

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: RE: RE: re
DATE: 12/22/2014 02:33:35 PM

Hi E,

By submission, do you mean sentencing memorandum? I hope to god not. LET LET ME KNOW ASAP.

And PSR is filled with factual errors that you would have no way of knowing, for example, I never applied to citizenship, and my green card was awarded after my marriages, after a full motion fight.

THERE HAS BEEN DEVELOPMENTS YOU ARE NOT AWARE OF.

IT IS NOT A METTER OF TRUST, I AM JUST GETTING SICK AND TIRED OF BEING LIED TO, OVER AND OVER AND OVER AGAIN, I TOLD YOU LAST TIME, IF YOU WILL NOT SEE ME BEFORE SUBMITION JUST SAY SO AND I WOULD GO PRO SAY OF GET ANOTHER OPTION.

I CAN NOT BELIVE THIS, I FOLLOWED YOU AGAIN AND AGAIN.

IT IS MY STUPIDITY FOR LETTING YOU BREAK A PROMISE AFTER PROMISE TO ME.

-----Savitt, Ephraim on 12/14/2014 5:21 PM wrote:

>

Hi, BB. Always working on your case. But too much to come to MDC till Wed. Filed sentencing submission and PSR objections. Will file motions reply today. Will file supplemental after we speak, of necessary.. Only way I can get this done right. You will like my submissions. Trust me, I'm your lawyer Best, E

BEBARS BASLAN on 12/12/2014 3:34:18 PM wrote
Shabbbaaattttt Shaaaalllooooom
and Have a great weekend