TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-D-A

-----------------------------------------------------------------------------------------

FROM: 80637053
TO: Cariddi, Anthony; Larusso, Robert
SUBJECT: Re Meeting
DATE: 06/19/2013 09:27:27 PM

Hello Mr. Larusso

I hope all is well, We are ready to finalize everything, I would like to meet you Saturday if you come.

I copied Mr. Cariddi on this email.

Thank you so much
Regards
Bebars

TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-D-A

---

FROM: Larusso, Robert
TO: 80637053
SUBJECT: RE: Re Meeting
DATE: 06/20/2013 12:36:05 PM

Bebars, I may not be able to make it this weekend because of other commitments. An emergency matter came up that I must address. I will be in touch with you or Mr. Cariddi shortly. Bob

BEBARS BASLAN on 6/19/2013 9:51:44 PM wrote
Hello Mr. Larusso

I hope all is well, We are ready to finalize everything, I would like to meet you Saturday if you come.

I copied Mr. Cariddi on this email.

Thank you so much
Regards
Bebars