TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

------------------------------------------------------------------------

FROM: 80637053
TO:
SUBJECT: To do
DATE: 02/26/2015 12:54:40 PM

Todo

1- Passports and documents.
2- eMail access.
3- Corlinks Emails.
4- Cd - case.

Print out of Joshn, Judgment order

- Nothing got resolved
- PSR still reflects
- 3553 factors

TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

---

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: RE: RE: re Alarm
DATE: 12/22/2014 02:33:30 PM

I understand E, can't say I am surprised, and please enough the stroke crap.

You went against me in every turn and I lost trial, but even then I did not even raise my voice, forgive me if I keep track, and remind you of your broken promises. I though it meant something when you laid a track for us to follow.

And again, we have not met more than 5 minutes since my trial, outside of the one time in bull pen, and the time Tamara was here, and I appreciate what she did, but I would have liked to meet with my attorney. I told you many time, there were other issues I wanted to raise, things we never spoke about, thus I never recived advice on.

There are so many things on the PSR that you could not possible know the answer to, unless you have a crystal ball. You are just flying solo.

Our fall back in trial was lack of communication and lack of preparation (not need to get to the argument Judge not allowing you, no funds, etc etc)

Also please stop with the submit pro se stuff, I would be wasting my time and you know that.

Last I am going to file for appeal, and it will contain issues that you can not argue, and I need help with someone to represent me me to make the record, if you are not willing to set that up, I will contact the court myself.

-----Savitt, Ephraim on 12/16/2014 4:06 PM wrote:

>

BB. No meeting will take place this week. You will get both the letter re: sentencing and PSR objections, which was filed Monday, and the Reply to govt opposition re Rille 29/33, which is being filed today. You should have them by the weekend.

My sole purpose is to save you a lifetime behind bars without sustaining a stroke in the process. Should you feel that my submissions are wanting or otherwise deficient, you can submit supplemental arguments that you deem necessary. I know what they are; my exclusion of those reflect my judgment of their worth. E

BEBARS BASLAN on 12/15/2014 6:51:28 AM wrote
E, as always, I appreciate the hard work.

Btw, I tried to call you countless times, at the office, and at your cell, but I had no answer.

why is the absolute rush about sentencing memo? what is going E?
I remember you pounding you fist on the table, telling me that we will get and psyche eval, and a fatico hearing, blah blah.

I do not want to re-hash the same discussion about you having strategy making power, etc, what I have is the right to know you direction you take, and I need to do what I need to do.

You need to start being more clear with me about the direction you take, as it does not represent the direction that I want nor what we agreed on, there is no way you can prepare an adequate memo, we have not met in months (as you have been on trial), you have not given me direction to any of the documents to prepare, letters, etc.

E, We can not continue to sentencing as is, we have appeal issues to consider, and I have to made the record. We need to discuss.

I am not sure what is going on, but this is rather alarming to me.

Are you meeting Wednesday for sure? and for how long?
-----Savitt, Ephraim on 12/14/2014 10:51 PM wrote:

TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

---------------------------------------------------------------------------------

>

It is the obections to the PSR and sentencing recommendation. It may also serve as the sentencing memo in part. The other part, after we meet, is due Friday. And I am also filing the post trial motions reply. And spending much time and energy doing these jobs. Still in office. E

BEBARS BASLAN on 12/14/2014 7:20:20 PM wrote
E, Is the "Sentencing Submission" that you filed, the sentencing memorandum?
-----Savitt, Ephraim on 12/14/2014 5:21 PM wrote:

>

Hi, BB. Always working on your case. But too much to come to MDC till Wed. Filed sentencing submission and PSR objections. Will file motions reply today. Will file supplemental after we speak, of necessary.. Only way I can get this done right. You will like my submissions. Trust me, I'm your lawyer Best, E

BEBARS BASLAN on 12/12/2014 3:34:18 PM wrote
Shabbbaaattttt Shaaaallloooooom
and Have a great weekend