TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

---

FROM: 80637053
TO: Savitt, Ephraim
SUBJECT: RE: RE: emails
DATE: 02/17/2015 06:51:20 PM

I got it today, thank you very much, especially the tabs, and the gov response to the PSR.

It seems to be everything, the only thing I did not verify yet, are the proffer statement from jack's other victims, however, I will check and cd and let you know what file it is and we can supplement the record if need me.
-----Savitt, Ephraim on 2/17/2015 3:51 PM wrote:

>

Ty. Let me know when the materials arrive. E

BEBARS BASLAN on 2/17/2015 1:06:25 PM wrote
Why thank you E.

I hope you are feeling better, now that the weather is warming up a little.
-----Savitt, Ephraim on 2/17/2015 11:06 AM wrote:

>

Will do. E

BEBARS BASLAN on 2/17/2015 7:23:28 AM wrote
I hope to get it today or tomorrow, other wise i wil lbe late

As a last resort, how about talking to supervisor of our guys?
-----Savitt, Ephraim on 2/16/2015 3:51 PM wrote:

>

I believe last Wednesday. E

BEBARS BASLAN on 2/16/2015 1:08:23 PM wrote
No worries, just let me know if they respond. Given the interesting "language" of the email response, I am not getting my hopes up.

On another subject,

do you know off hand, when the tabs and other documents were sent? As I am almost runing out of time.

Have a good day.
-----Savitt, Ephraim on 2/16/2015 11:21 AM wrote:

>

Everything. I tried and did so immediately. Sorry. E

BEBARS BASLAN on 2/16/2015 7:51:24 AM wrote
Thank you E, I though so, the response was...

I assume you sent the additional stuff from yesterday too?

thank you so much.
-----Savitt, Ephraim on 2/15/2015 10:06 PM wrote:

>