TRULINCS 80637053 - BASLAN, BEBARS - Unit: BRO-I-C

----------------------------------------------------------------------------------------

FROM: Savitt, Ephraim
TO: 80637053
SUBJECT: RE: I have given up.
DATE: 02/10/2015 07:36:05 PM

Thank you. E

BEBARS BASLAN on 2/10/2015 3:07:41 PM wrote
I am very sorry to hear that E, I hope nothing I did bothered you, from my side I hold no resentment, and in fact after our last discussion, I am have changed my outlook a lot. At any rate, I really hope that you are well.

May I call you and consult with at some point? Nothing major, just superficial issues with the submission. I can setup a private none - monitored phone call, If you are not feeling well for that I totally understand.

Also, I assume that you will not file the Fatico Hearing motion we talked about?

E, I sincerely hope you feel better, whatever it is please keep me updated, I will pray for you.

Warm Regards
B
-----Savitt, Ephraim on 2/10/2015 2:21 PM wrote:

>

BB. Your entire files are already on the way to you, including the file tabs.. Send in your supplemental submission. It is better for your appeal and habeas petition that you do that without my input. I am too ill to deal with the MDC for the next several months, if ever again. I am sorry. But events have taken me to this detour. I'm not interested in new business. I will finish my commitments and ride off into the sunset. My best wishes to you. See you on the 27th. E