**MANDATE**

E.D.N.Y.—Bklyn
13-cr-220
Dearie, J.

United States Court of Appeals

FOR THE

SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand seventeen.

Present:
    Rosemary S. Pooler,
    Barrington D. Parker,
    Debra Ann Livingston,
        *Circuit Judges*.

---

United States of America,

        *Appellee*,

    v.                                                                                                     15-512

Kristen Henry,

        *Defendant*,

Bebars Baslan,

        *Defendant-Appellant*.

---

Jerald Brainin, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/08/2017