

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TAD
F. #2013R00381

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 12, 2018

<u>By ECF and Interoffice Mail</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Kristen Henry, No. 13-CR-220 (RJD)</u>

Dear Judge Dearie:

      In accordance with the Court's order, dated June 15, 2018 (ECF No. 259), the government encloses the signed, sworn declaration of SA Aaron Spivack. A copy of the declaration will be mailed to the <u>pro se</u> petitioner, Kristen Henry.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:     /s/ Tiana A. Demas
      Tiana A. Demas
      Tyler J. Smith
      Assistant U.S. Attorneys
      (718) 254-7000

Cc:    Clerk of Court (RJD) (via interoffice mail)
       Kristen Henry, <u>pro se</u> petitioner (by certified mail, return receipt)

2