*Copy To deft At USP Tucson*



**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

SEP 17 2019

BROOKLYN OFFICE

ADW
F# 2019V02366

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

September 12, 2019

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Bebars Baslan
             Criminal Docket No. 13-CR-220 (RJD)

Dear Judge Dearie:

        The government respectfully submits this letter to request an extension of time to respond to defendant Bebars Baslan's pro se motion pursuant to 28 U.S.C. § 2255, which was filed on August 12, 2019. On September 4, 2019, Your Honor issued an order directing the government to file a response to the defendant's motion by October 29, 2019. The undersigned attorney was recently assigned to the case. The government respectfully requests an extension of the response deadline to December 20, 2019 to allow the government sufficient time to review the defendant's motion, obtain and review the underlying file in this matter, and draft an appropriate response.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:    */s/ Andrew Wang*
        Andrew Wang
        Assistant U.S. Attorney
        (718) 254-6311

cc:    Bebars Baslan, pro se petitioner (by U.S. mail)

GRANTED.
Briefing schedule revised as follows:
government response due: 12/20/19,
defense reply, if any due: 2/10/2020.
SO ORDERED.
9/12/2019

*Raymond J. Dearie*
**United States District Judge**