January 21, 2020

Honorable Judge Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United Stated v. Bebars Baslan
Criminal Docket No. 13-CR-220 (RJD)
Civil Docket No. 19-4713 (RJD)

## Motion for an Extension of Time

Honorable Judge Dearie:

    Here comes the defendant, Bebars Baslan, pro-se to respectfully request a sixty (60) day extension to the February 10th, 2020 deadline, in order to allow sufficient time to file an adequate reply to the government's response to his 2255 motion, for the following reasons:

  a) Defendant received the government on January 8th, 2020.

  b) Recent frequent lock-downs and recalls.

  c) Defendant's lack of legal expertise and government's extensive response.

                                                  Respectfully submitted
                                                  Bebars Baslan
                                                  January 21th, 2020

cc: Assistant U.S. Attorney (by U.S. Mail)

Bebars Baslan
#80637-053
United States Penitentiary
P.o Box 24550
Tucson, AZ 85734

CERTIFIED MAIL

7018 3090 0000 4942 4432

USMS

⇔80637-053⇔
Second Cir Eastern District
United States Clerk
225 Cadman PLZ E
Room 118s
Brooklyn, NY 11201
United States

Legal Mail