March 17, 2020

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2020 ★
BROOKLYN OFFICE

Honorable Judge Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: US v. Baslan
13-CR-220 (RJD)
19-4713 (RJD)

Honorable Judge Dearie,

1. On January 30, 2010, your Honor granted my request to extend my 2255 Motion reply deadline from February 10, 2020 to April 20, 2020 (60 day extension).

2. On March 12th, 2020 our facility ordered to lockdown. Next day we recieved a memo informing us (inmate population) that our facility will operate under Modified Operations for 30 days (to be evaluated in 30 days) Exhibit A. This was done to prepare for and limit the spread of Corona virus.

3. Few days later we were allowed to leave our rooms and remain contained in the unit, with only outside recreation (on rotation basis between various units) for the time being. We were told that we could lockdown at any time, and were provided with and updated memo outlining the limitations for the modified lockdown for the next 30 days. Exhibit B.

4. While we have one Lexis Nexus viewing station per unit (printing only available in law library) the modified operations

1 of 2

allowances do not include Law Library time. Access to typewriters, or any of the resources our Law library provides (Ability to make photo copies, print resources, litigation guides, and case indexes, etc.).

5. We are told that some court houses have shutdown, but do not have any specific information.

While I will do my best to meet the deadline. However, because of
    a) these limitations I mentioned;
    b) potential full lockdown;
    c) delays in functions in the BOP.
and while the post offices services are still running (notably, it has taken about a week to find out how to send this motion as legal mail). I respectfully request:
- to stay my case until modified operations are suspended;
- to restart the clock on the day we resume normal operations and give me ~~30 days~~ a deadline of 39 days after that date. (The balance between March 12th "day modified operations started" and April 20th).

                      Respectfully submitted
                      Bebars Baslan
                      March 17th, 2020

cc: AUSA (by U.S. Mail)

Exhibit A



U.S. Department of Justice

Federal Bureau of Prisons

FCC Tucson

---

Office of the Wardens                                  Tucson, Arizona 85756


March 13, 2020


**MEMORANDUM FOR FCC TUCSON INMATE POPULATION**

**FROM:**      B. von Blanckensee, Complex Warden

              Jared Rardin, Warden

**SUBJECT:**   BOP Coronavirus (COVID-19) Protective Measures


As you may be aware in talking to persons in the community, the United States is seeing an increase in the number of confirmed cases of infected persons. Effective immediately, the following actions are being taken by the Bureau of Prisons (BOP) in order to prevent or reduce the spread of COVID-19.

**SCREENING OF INMATES:** The BOP is screening inmates for COVID-19 using established practices:

- All newly-arriving BOP inmates are screened for COVID-19 exposure risk factors and symptoms.
- Asymptomatic inmates with exposure risk factors are being quarantined.
- Symptomatic inmates with exposure risk factors are to be isolated and tested for COVID-19 per local health authority protocols
- **To-date, no inmates have tested positive for COVID-19 in the BOP.**

**SOCIAL VISITS:** Social visits are suspended for 30 days, at which time the suspension will be reevaluated.

*To ensure that inmates maintain community ties, inmate telephone system minutes will be increased nationally to 500 minutes per calendar month.*

**INMATE MOVEMENT**: Inmate movement between facilities is suspended for 30 days, at which time the suspension will be reevaluated. BOP will make exceptions for special cases such as writs for prosecution on pending charges, Interstate Agreements on Detainers (IAD), medical or mental health reasons, and RRC placements. The BOP will also continue to process and admit new inmates. Other case-by-case exceptions for judicial proceedings may also be made.

*Local medical trips will be made, as necessary.*

**LEGAL VISITS**: Legal visits will be suspended for 30 days, at which time the suspension will be reevaluated. Case-by-case approval at the local level and confidential legal calls will be allowed in order to ensure access to counsel.

***Access to legal counsel will be accommodated to the maximum extent practicable.** Although legal visits are generally suspended for 30-days, you may make a request to your Unit Team, who will forward it to the institution's Legal Department for review and final approval by the Warden. Attorneys will be screened prior to being admitted to the facility.*

**VOLUNTEERS**: Volunteer visits will be suspended for 30 days, with limited exceptions. The suspension will be reevaluated in 30 days. Inmates who wish to speak with a religious advisor should make a request through their Unit Team.

**MODIFIED OPERATIONS**: For the next 30 days, the facility will operate on a modified basis to limit inmate group contact, as much as possible. This action is necessary to limit the transmission of the disease if anyone becomes infected. The suspension will be reevaluated in 30 days.

We appreciate your assistance and cooperation in this important matter.

Exhibit B



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*FCC Tucson*

---

Office of the Wardens

Tucson, Arizona 85756

March 16, 2020

**MEMORANDUM FOR FCC TUCSON INMATE POPULATION**

**FROM:**     B. von Blanckensee, Complex Warden

Jared Rardin, Warden

**SUBJECT:**     Modified Operations

We understand the spread of coronavirus throughout the world presents a risk to the inmate population at FCC Tucson. In order to assure the safe and orderly operation of the complex, and reduce the risk presented by the virus, the following procedures will be in effect beginning March 17, 2020. They will remain in effect until April 13, 2020, at which time they will be reassessed:

- Food Service, Facilities, Health Services, Recreation, Commissary and Laundry will have a limited amount of inmates working in their areas.

- All meals will be fed one housing unit at a time in the dining hall.

- Inmates will be provided access to the recreation yard one housing unit at a time on a rotating basis during the day and evening.

- Inmates will have access to Commissary and Laundry. Commissary will be closed this week in accordance with a previously scheduled inventory.

We understand the coronavirus presents uncertainty for yourselves and your loved ones. Our goal is to provide as many services as possible while allowing for social distancing amongst the inmate population. These procedures are subject to change, your cooperation is appreciated.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Legal Mail

Bebars Baslan
80637-053
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

7019 2280 0002 0315 4864

CERTIFIED MAIL

◇ 80637-053 ◇
Second Cir Eastern District
United States Clerk
225 Cadman PLZ E
Room 118s
Brooklyn, NY 11201
United States