AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-CR-220 (RJD) |
| Bebars Baslan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bebars Baslan

Date:    09/22/2020

*[signature]*
*Attorney's signature*

Florian Miedel, 1610 (NY)
*Printed name and bar number*

Miedel & Mysliwiec LLP
80 Broad Street, Suite 1900
New York, New York 10004
*Address*

fm@fmamlaw.com
*E-mail address*

(212) 616-3042
*Telephone number*

(800) 507-8507
*FAX number*