

October 16, 2020

**BY ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Bebars Baslan,* 13-Cr-220 (RJD)

Dear Judge Dearie:

  On September 23, 2020, the Court agreed to permit me to file a supplemental memorandum on behalf of Mr. Baslan's § 2255 petition on or before October 23, 2020. I write now, with the consent of the government, to respectfully request an additional three weeks to file my brief. Due to restrictions placed on inmates as a result of the COVID-19 pandemic, communication with Mr. Baslan has not been smooth. I therefore need additional time to communicate with my client. Furthermore, I have requested, but have not yet received, documents relevant to my submission from Mr. Baslan.

  Accordingly, I respectfully request the Court to extend my deadline to November 13, 2020, the government's response date to December 14, 2020, and my reply deadline to January 11, 2021.

  Thank you for your consideration.

                Respectfully submitted,

                /s/

                Florian Miedel
                *Attorney for Bebars Baslan*

Cc: AUSA Andrew Wang (by ECF)