

February 3, 2021

**BY ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Bebars Baslan,* 13-Cr-220 (RJD)

Dear Judge Dearie:

My reply brief in this § 2255 case is currently due on February 5, 2021. With the consent of the government, I respectfully request a one-week extension of the due date. I have been diligently researching the issues to be raised in the reply brief but am now at a major decision point about the brief that requires my client's input. Unfortunately, his facility again appears to be under total lockdown, and I have not been able to communicate with him for days. I was able to schedule a legal call with him, but not until next week. In light of these circumstances, I respectfully request an additional week to file my reply brief.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Bebars Baslan*

Cc: AUSA Andrew Wang (by ECF)