

February 22, 2021

**BY ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Bebars Baslan,* 13-Cr-220 (RJD)

Dear Judge Dearie:

My reply brief in this § 2255 case is due today.  After consulting with my client, we have decided not to submit a reply memorandum.  Accordingly, the matter is now fully briefed.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Bebars Baslan*

Cc: AUSA Andrew Wang (by ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com