UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

BEBARS BASLAN,

Defendant.

---

**NOTICE OF MOTION**

Case No.   13-Cr-220 (RJD)

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the attached exhibits, and all prior papers and proceedings herein, the defendant, BEBARS BASLAN, will move before the Honorable Raymond J. Dearie, United States District Court Judge for the Eastern District of New York, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York, for an order reducing Mr. Baslan's 36 year sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and granting such further relief as this Court deems just and proper.

DATED: April 5, 2021

Respectfully Submitted,

/s/

---

Florian Miedel, Esq.
MIEDEL & MYSLIWIEC LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 616-3042

TO:   Clerk of the Court, EDNY
      Assistant United States Attorney Andrew Wang