# EXHIBIT T

VOLUME 9, ISSUE 1 - MARCH 2020



# The CHALLENGER

## WHAT's INSIDE?
### The CHALLENGER

**Editor In Chief**
Greg Pyle

**Assistant Editor**
Michael Holmes

**Content & Grammar**
Steven Arthur
Kyle Smith

**Contributors**
Steven Arthur
Stephen Walker
Scott Herrick
Cristopher Cavna
Michael Holmes
Bebars Baslan
Kyle Smith

**Mentor**
Steven Arthur

## CHALLENGE TEAM
CTS Diabueno
CTS Green
CTS McNamara
Dr. Mitstifer



## GOT TREATMENT???
By Mr. C. Pyle

Are you looking for treatment? Do you want to change the way you have been operating? Well, Challenge isn't the only place to start. The Challenge Program falls under Psychology Services and is one of the many treatment programs available. Some of the major programs are: Drug Education, Non-Residential Drug Abuse Program (DAP), and Non-Residential Sex Offender Treatment Program (SOTP).

Also offered are the Priority Practice Groups (PPG) that are broken down into blocks of focus groups. The current group offerings are; Basic Cognitive Skills, which helps participants learn how to challenge their thinking; Criminal Thinking, which helps participants learn about the eight criminal thinking errors and how to correct criminal thinking; Emotional Self-Regulation, which helps participants learn how to manage their emotions and behaviors, and finally; Anger Management, which helps participants learn how to manage anger effectively through relaxation, cognitive interventions, and effective communication. These programs are offered throughout the year on a rotating basis. The classes usually run around twelve weeks and have around twelve participants per group. Priority for these groups goes to people not in the Challenge Program and are great opportunities to better yourself. PPG is facilitated by either Dr. Turner or Dr. Apodaca who are both Staff Psychologists. Please direct any emails or cop-outs to either of the aforementioned Doctors to express your interest in attending a PPG treatment program.

If you are interested in any other treatment programs, this is how you get started: Submit a request to staff with your group requests, current projected release date (PRD), and any other Psychology Programs in which you are currently enrolled. If you are currently in other psychology programs you will go on the wait list for PPG's. You can submit a paper cop-out or you can email; Psychology Services, DAP, Challenge, or SOMP. You will be placed on the wait list for the requested group(s). Maya Angelou once said: "If you don't like something, change it. If you can't change it, change your attitude."



MARCH

FIRST DAY OF **Spring**
MARCH 20

## LIFESTYLE BALANCE
### -by Mr. Baslan

Before coming to prison, I used to work around the clock. I enjoyed my career, I considered myself to have a stellar work ethic and that I came from a culture that celebrated hard work.

As it turned out, my drive for work was also a mechanism for hiding issues that dwelt below the surface of professional attitude and workaholic approach to life.

This realization took place as I started my journey of self-reflection and opened myself to feedback from my Challenge Program peers. As my view of self became more accurate, I started to understand my limitations and how often I pushed myself in the past to unhealthy levels in order to avoid potentially painful subjects. In my group I often received feedback to "slow down," to try a board game, or to go for a walk. I would try, only to feel anxious believing that I was not being productive or that I was wasting time.

The change came about four months after I graduated the Challenge Program and was selected to stay as a graduate. I realized that I was about to wear myself down. I decided that it was time to take charge of my life balance. I would arrange for cell time with my celly or sit in bed after lights-out hoping to develop my meditation practice.

Enlightenment did not come. Instead, guilt and remorse surfaced. I began to see my old behavior in a new context. Things that were a source of pride became points of pain and regret. I realized how I hurt others. I would stay up for hours at night reflecting on my life in horror, as though in surprise; as though this was new.

It became clear that my coping mechanisms were laughing in the face of this long queue built on a life time of avoidance. My CTS at the time told me to slow it down, "one issue at a time", and "do not forget to live in the meantime."

The solution was to find an activity that anchored me in the here and now, to find space to heal without replaying the past in a continuous loop.

Painting came to be that activity. I chose still life subjects with lots of textures. I would paint them two or three times, listening to music and focusing my full attention on details.

Slowly my life style balance came back. I started working out more and taking time to watch movies occasionally. Most importantly, I had the energy to face my treatment issues with more depth, to be more honest with myself, and open-minded to others. When I need a break, I take time and look at my hobbies as a serious and integral part of my recovery.

## A NEW FOUNDATION  -Mr. M. Holmes

The Merriam-Webster dictionary defines a foundation as, "a basis upon which something stands or is supported."

When a person builds a home or a building, the first place they start is at the foundation, because without a foundation the structure will not be able to stand up against severe weather conditions. Eventually it will topple over and fall as if it were built upon a sandy foundation rather than a solid rock.

Prior to my incarceration, I attempted to build many things, such as, a reputation, character, a family, friendships, and credibility. At the time these things seemed to be intact, but it was all an illusion. Upon my indictment, all for the things I built began to fade away and diminish. They dwindled in such a subtle way that by the time that I realized the damage, everything had already collapsed.

All of the thing's that I was striving to build were doomed from the jump, because I gave no thought to the foundation that I was building them upon. My previous lifestyle consisted of lies, scandal, deceit, and corruption. I was doing my dirty deeds in the dark, failing to understand that it would be exposed by the light. At the age of 16, my grandfather told me that he spent 30 years building his roofing company, but it fell apart in one day. I thought he was just talking, so I didn't grasp the moral. Silly me.

Since being in prison, I have been on a mission to rebuild my reputation, character, family, friendships, and credibility. My relationship with Christ is what inspired me to change. The Challenge Program, gave me a platform to demonstrate my change before others.

My new foundation is built upon the 8 positive attitudes that I have known all of my life, yet failed to implement. Honesty, Humility, Objectivity, Caring, Responsibility, Gratitude, Open-mindedness and Willingness are very similar to the 9 fruits of the Spirit, which are love, joy, peace, longsuffering, gentleness, goodness, faith, meekness, and temperance.

Being a Christian or Challenge Program participant does not make me perfect. I am still subject to persecution, adversity, pitfalls, temptation, failure, and everything else that people struggle with because I am human.

Today, I have a firm foundation to stand upon so I don't fall for just anything, and when I do stumble, I get right back up and try again.

So, I ask you, what is your foundation built upon?

EXHIBIT U

## Anger Management and Sexual Offending

**1. Describe how your emotions, including anger, contributed to your sexual offending.**

I Struggled with suppressing negative emotions, then I expressed them with anger, aggression, and emotional violence. This resentment was used by me to justify my sexual entitlement and that my needs were more important than needs of others. I engaged in risky sexual behaviors and drug use, those choices facilitated the setting for my sexual offense.

**2. Describe the passive and/or aggressive behavior you engaged in during or at the time of your sexual offense(s).**

During my relationship with Kristen I became over-critical, initially without meaning to, she took it and tried her best to make me happy. I realize that what I did was very abusive form of manipulation. While it did not start that way, at some point I realized it's effectiveness and began to use it deliberately. I often maintained disapproval and rewarded approval only when she moved in a direction that worked for me, of course I could always withdraw my approval because my manipulation framed everything as her idea not mine––I was just going along.

In doing this my sadness and needs became life-critical for her, making me happy was a higher priority than her own needs.

Emotions I suppressed kept coming back because I did not employ or learn effective coping techniques, or seek help with my issues. These emotions provided the fuel needed to project what looked like genuine anger, pain, and displays of hurt that came from within but were directed at her.

Sex was a connecting activity but mostly it was not intimate so my constant disconnection and pressure took her existing thrill-seeking, risky sexual behavior and Drug use and escalated it. Again the abuse came because almost everything was framed to seem like her idea, so all negative consequences (like guilt) were pushed on her, and I could come out on top by gracefully forgiving.

Basically I took a lot emotionally, and gave little in return. I used her care and wanting me to be happy to get what I wanted. I turned her love for me against her.

My choice to suppress my emotions or express them through anger led to low self-esteem, and I covered my insecurities by constantly seeking to dominate as means to feel better about myself. But it had the opposite effect.

**3. Discuss how managing your anger and other emotions will be important in desisting from future sexual offending.**

As I learn to regulate my emotions, and resolve or accept inner conflicts that lead to anger, I would be more others-centered and keep in mind the needs of others. I would remain as I am now: averse to harming others.

As my self-esteem improves, healthy relationships are easier to form, and are very fulfilling. I am focusing on character development rather than sexual pursuits

in order to validate my self-value.

**4. Review your Anger Control Plan, and discuss which skills might apply to situations during which you may be at risk for sexual offending.**

    Situations:
        - If I am faced with irritated person, stay calm, engage in empathic listening.
        - Take a time-out if I become emotionally activated, if I feel negative emotions that may affect my receptivity or if it looks like I am starting to personalize the situation. Then challenge the thoughts through RSAs or by processing with safe harbor.

    Preemptive:
        - Meditation + Mindfulness.
        - Recognize and process shame, guilt, negative judgments, and conflicts within, to explore and resolve.
(These are emotion, I believe, are linked to my offending)
        - Practice Radical Acceptance, recognize and remind myself of lack of control.
(By using it as a challenge to everyday situations when applicable)
        - Daily review of interactions, evaluate. Identify what I could have done better.
        - Keep ticker log of one value or trait I am currently working on.

**5. Explore your interpersonal conflicts with others at the time of your sexual offense(s), and use the Conflict Resolution Model to discuss how you could have managed this situation more effectively (this may be directly or indirectly related to your sexual offense).**

    My conflicts with Kristen:
        - I would see her as a whole person, whose wants and needs are important to me. I would focus on open communication to build intimacy.
        - I would be assertive and transparent, be vulnerable by sharing my insecurities. I would focus on listening by seeking to understand before I am understood.
        - I would process more and seek feedback.
        - I would be aware of my tendency with power orientation, and seek two way communications.
        - Refrain from criticizing by using put-downs.
        - Own my role in situations.

# EXHIBIT V

# Certificate Of Participation

This Certificate of Completion is hereby awarded

To

**Behar Kaslan**

For Participating as

Chairman of Tucson Health Fair Board

In the I.C.C. Tucson Indoor Tour and Health Fair on November 17, 2017

Thank You for all your hard work, dedication, and contribution to charity.

Your effort is applauded.

G. Morales









# Certificate Of Participation

This Certificate of Completion is hereby awarded

To

**Behar Baslan**

For Participating as

Lead Coordinator for Tucson Health Fair

On the T.C.C. Tucson Indoor Tour and Health Fair on November 17, 2017

Thank You for all your hard work, dedication, and contribution to charity.

Your effort is applauded.

G. Morales

# PERIMETER BICYCLING ASSOCIATION OF AMERICA, INC.

*in November of the year two thousand sixteen*

*presents*

## Platinum Achievement Award

*to*

# *Bebars Baslan*

*for cycling*

## 106 minutes

*in*

*Tucson Conquistadores*

## 11TH INDOOR EL TOUR

*presented by Arizona Health*

Tucson Medical Center
El Tour de Tucson

CASINO DEL SOL

**Richard J. DeBernardis**
Founder & Executive Director
Perimeter Bicycling
Association of America, Inc.

**Cindy Huber Rubash**
Indoor El Tour Director
Perimeter Bicycling
Association of America, Inc.

**Barbara A. Franklin**
Awards Director
Perimeter Bicycling
Association of America, Inc.



Indoor El Tour



U.S. Department of Justice
Federal Bureau of Prisons

---

Recreation Office                                        Tucson, AZ 85756
                                                         03/14/2018

**MEMORANDUM FOR:** Wellness Recreation Aides    Baslan 80637-053

**FROM: RECREATION SPECIALIST - G. MORALES**

**SUBJECT: Instructor Participation**

It has been a busy year and we have pulled off some outstanding events, and this would not be possible without the outstanding leadership you have displayed. So that we may continue to be successful please be advised that each Wellness Instructors/Recreation Aides are required to lend their assistance to the Biggest Loser Weight Loss Challenge, Health Fair, Indoor Tour De Tucson, and any other Event hosted by Recreation Wellness. Please check the schedule to learn the times that you and your class will be featured during the special event to boost participation in all of our Recreation Wellness activities.

Thank You!

G. Morales

United States Penitentiary Tucson    JUNE 2017, Vol. 40

# Recreation News

**HANDBALL**

This year the Singles Handball League had a new champion. The title went to G. Walter out of A2 and second place went to J. Cavazos out of E1. Be on the lookout for a Doubles Handball League flier coming out soon.

A new Beginners Handball League will be starting July 15th and will be played at 1 and 2pm during your Saturday and Sunday recreation time. If you are interested in a good workout and having fun, drop off your cop-out in Recreation by July 2nd. Hope to see you out there!

— M. Hookland
Recreation Specialist

## WEATHER HEAT ADVISORY

A National Weather Service Heat Advisory has been issued for Southern Arizona. This includes the Tucson Metropolitan area.

Temperatures are expected to reach or exceed record levels, rising as high as 110 degrees in the Tucson area and 116 degrees in the western deserts.

Additional heat advisories may be issued on Tuesday and Wednesday July 4, when the temperature is expected to reach at least 111 degrees in Tucson.

Temperatures may get up to 13 degrees above normal. For those planning outdoor activities, use extreme caution and drink plenty of fluids to avoid heat-related illnesses.

If possible stay out of the sun, in an air-conditioned room.

Courtesy: The National Weather Service.

**"RECREATION NEWS" ARTICLES NEEDED**

Each month, "Recreation News" will highlight areas of our department by publishing articles written by the inmate population and recreation staff. Inmates interested in submitting an article must submit it to the recreation office prior to the monthly deadline. Articles must meet the following criteria: no longer than approximately 200 words, no profanity, proper grammar and topics must be relevant to recreation. All articles submitted will be edited prior to inclusion in the newsletter.

— J. Grijalva
Recreation Specialist

## ONE ON ONE

This is part five of my series on interviews with our Recreation Staff. In this issue the featured staff member is Recreation Specialist, Mr. Morales, who among his other duties supervises the wellness program. Mr. Morales was kind enough to answer the following five questions;

**Q1** - You recently oversaw the "Biggest Loser" weight loss competition. Tell us a little about how that came about and what was the purpose behind such a bold endeavor?
**A1** – *During the picture night for the Indoor Tour Event the inmate photographer mentioned that it would be a good idea to start a weight loss challenge and I agreed. I then acquired inmate Baslan to help get the event going and the rest is history.*

**Q2** – Going back to late last year you oversaw the health fair/Tour de Tucson which by all accounts was an overwhelming success, how proud were you of that moment?
**A2** – *It was a moment that brought me great pride and joy. I really enjoyed taking a concept and making it a reality. The cherry on top was that the inmate population came together and the event was successful, which is a huge compliment to the population.*

**Q3** – You are the staff member behind the posting of Wellness articles on the inmate electronic bulletin board. What items qualify as worth posting and are you open to ideas?
**A3** – *Anything qualifies that is in good taste and can improve the lives of the inmate population. I am always open to ideas and many of the articles have been added that were suggested by the population.*

**Q4** – Is there anything the inmate population can look forward to from your area of recreation, anything you have planned or are planning?
**A4** – *I plan to continue weight loss and wellness but these six months from July to December I will try to add a fitness challenge and rank all participants on the yard by their fitness level. We also have the upcoming health Fair and Indoor Tour de Tucson coming up in November.*

**Q5** – You have inmate recreation workers and volunteers who assist you in carrying out your duties. How important are they to getting everything right and running smoothly?
**A5** – *The inmate recreation workers and volunteers are instrumental to the success and motivation of the inmate population... Without them we would have limited success and motivation of the population. Without them we would have limited success but I am glad to have them and they improve the program tenfold.*

Article Submitted By
Inmate KJ Fuller



| PARTICIPATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNIT | % PRTCPT. | JAN | FEB | MAR | APR | MAY | JUN | FINAL |
| A 1 | 47.11% | 40 | 29 | 35 | 30 | 32 | 21 | 57 |
| A 2 | 25.62% | 28 | 17 | 14 | 21 | 9 | 6 | 31 |
| B 1 | 26.56% | 19 | 22 | 21 | 9 | 13 | 5 | 34 |
| B 2 | 21.77% | 9 | 4 | 8 | 4 | 12 | 7 | 27 |
| C 1 | 15.75% | 10 | 9 | 5 | 5 | 9 | 10 | 20 |
| C 2 | 20.31% | 17 | 3 | 4 | 2 | 8 | 3 | 26 |
| D 1 | 23.62% | 17 | 10 | 10 | 8 | 14 | 5 | 30 |
| D 2 | 48.28% | 42 | 46 | 28 | 16 | 24 | 21 | 56 |
| E 1 | 35.29% | 14 | 8 | 13 | 28 | 19 | 8 | 42 |
| E 2 | 36.22% | 36 | 24 | 21 | 12 | 17 | 11 | 46 |

| SOUTH | | NORTH | | SOUTH | | NORTH | |
|---|---|---|---|---|---|---|---|
| 174 inmates | VS | 195 inmates | VS | -201 LBS | VS | -19 LBS | |

| WEIGHT LOSS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNIT | | FEB | MAR | APR | MAY | JUN | | FINAL | SCORE |
| D 2 | | -200 | -109 | -77 | -148 | -88 | | -544 | 262.72 |
| E 2 | | -163 | -57 | -36 | -67 | -44 | | -331 | 162.19 |
| B 1 | | -148 | -67 | 0 | -48 | 14 | | -249 | 120.09 |
| E 1 | | -49 | -11 | -18 | -145 | 4 | | -201 | 104.71 |
| C 1 | | -113 | -22 | -16 | -29 | -41 | | -204 | 95.24 |
| A 2 | | -119 | -34 | -27 | -47 | 0 | | -200 | 94.74 |
| A 1 | | -80 | -43 | 39 | -19 | -28 | | -171 | 79.20 |
| D 1 | | -97 | -13 | -11 | -21 | -20 | | -151 | 77.17 |
| B 2 | | -35 | -20 | 1 | -54 | 3 | | -106 | 56.81 |
| C 2 | | -20 | -15 | -3 | 3 | -19 | | -51 | 26.61 |
| TOTAL: | | -1023 | -391 | -149 | -574 | -219 | | -2208 | |



# Certificate Of Participation

## This Certificate of Participation is hereby awarded

### To

### Hebars Baslan

For the participation in the Indoor Tour De Tucson here at FCC Tucson, On this eighteenth day of November two thousand and sixteenth, Your hardwork, dedication and contribution to charity have been noticed and your effort is applauded

G. Morales

G, Morales - Recreation Specialist

**FCC Tucson**

**Indoor Tour De Tucson**

Indoor El Tour

EXHIBIT W

# Certificate of Completion

This is to certify that

*Bekars Baslan*

successfully completed all the adjunct groups offered to individuals on the waitlist for the Sex Offender Treatment Program (SOTP) at USP Tucson: Criminal Thinking, Anger Management, Communication Skills, and the Pretreatment Journal

May 21, 2019



United States Penitentiary
Tucson, Arizona

K. Werner, Psy.D.
SOMP Psychologist

S Sargent, M.A.
SOMP Treatment Specialist

EXHIBIT X

# CHALLENGE COMMUNITY LEARNING ACHIEVEMENT

is presented to:

## Bebars Baslan

For

Successfully completing the course
Communication Development

September 2018

*A. Evans, Challenge Treatment Specialist*

# Certificate of Completion

This is to certify that

*Belars Baslan*

has successfully completed

*Criminal Thinking*

July 3, 2018



K. Werner, Psy.D.
SOMP Psychologist

A. Mulcahy, Ph.D.
SOMP Coordinator

United States Penitentiary
Tucson, Arizona

# Certificate of Completion

This is to certify that

*Belars Bastan*

has successfully completed

*Communication Skills*

October 16, 2018



United States Penitentiary
Tucson, Arizona

K. Werner, Psy.D.
SOMP Psychologist

A. Mulcahy, Ph.D.
SOMP Coordinator

# Certificate of Completion

This is to certify that

*Belars Baslan*

has successfully completed

*Pre-Treatment Journal*

2-12-2019
Completion Date

United States Penitentiary
Tucson, Arizona

K. Werner, Psy.D.
SOMP Psychologist

# Certificate of Completion

This is to certify that

*Belars Baslan*

has successfully completed

*Anger Management*

May 21, 2019





K. Werner, Psy.D.
SOMP Psychologist

United States Penitentiary
Tucson, Arizona

S. Sargent, M.A.
SOMP Treatment Specialist

EXHIBIT Y

# CERTIFICATE OF COMPLETION

Is hereby awarded to:

## Behar Baslan

80637-053

For the completion of the 14 Hour
**Victim Impact Class**
At the United States Penitentiary, Tucson AZ

B. Byler, Counselor & Instructor

EXHIBIT Z

# Certificate of Achievement

For Contributing to
the Challenge Peer Led Ancillary Group

## Angry All the Time:
## An Emergency Guide to Anger Control

is presented to:

# Mr. Baslan

On November 28, 2018

T. Green
Challenge Treatment Specialist

M. Mitstifer
Challenge Coordinator

# Certificate of Achievement

For Successful Facilitation of the Challenge Peer Led Ancillary Group

## Angry All the Time:
## An Emergency Guide to Anger Control

is presented to:

# Baslan, Bebars

On May 17, 2019

T. Green
Challenge Treatment Specialist

M. Mifstifer
Challenge Coordinator

EXHIBIT AA



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

CHARCOAL CLASS

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

8-22-2015

DATE



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

ACRYLIC 1

THROUGH THE LEISRE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

10-27-15

DATE



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

ACRYLIC 2

THROUGH THE leisure PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

12-22-2015

DATE

# CERTIFICATE OF COMPLETION

AWARDED TO

# Baslan #80637-053

FOR THE SUCCESSFUL COMPLETION OF 2 CREDIT HOURS

YOGA I

THROUGH THE RECREATION DEPARTMENT

USP TUCSON, ARIZONA

M. HOOKLAND, RECREATION SPECIALIST

9.18.15

DATE



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF

ART HISTORY

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

5-10-16

DATE



**CERTIFICATION OF COMPLETION**

**AWARDED TO:**

**BASLAN # 80637-053**

FOR THE SUCCESSFUL COMPLETION

**DRAWING 3 CLASS**

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA



D. HUFSTUTTLER, RECREATION SPECIALIST

5-9-16

DATE



# CERTIFICATION OF COMPLETION

AWARDED TO:

## BASLAN # 80637-053

ART HISTORY 2 WORKSHOP

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

8-9-2016

DATE



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

DYNAMIC SHADOW

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

7-21-16

DATE



# CERTIFICATE OF COMPLETION

This Certificate of Completion is hereby awarded to

**_Baslan_**

Congratulations on Successfully Completing the
"Piano 2" Class at FCC Tucson.

On this 26th day of July, year two thousand and sixteen.

Your hard work and dedication has paid off and your effort is applauded.

_J. Grijalva_

J. Grijalva – Recreation Specialist

FCC TUCSON

ACTIVE LEISURE EVENTS

LEISURE

PIANO II



# CERTIFICATION OF COMPLETION

AWARDED TO:

## BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

### BEADING I CLASS

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

5-1-16

DATE



CERTIFICATION OF COMPLETION

AWARDED TO:

BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

BEADING 2 CLASS

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTLER, RECREATION SPECIALIST

7-10-16
DATE



# CERTIFICATION OF COMPLETION

## AWARDED TO:

# BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

WATER COLOR 1

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA

D. HUFFSTUTTLER, RECREATION SPECIALIST

2-10-16

DATE



CERTIFICATION OF COMPLETION
AWARDED TO:

# BASLAN # 80637-053

FOR THE SUCCESSFUL COMPLETION OF 6 CREDIT HOURS

DRAWING 2 CLASS

THROUGH THE LEISURE PROGRAM

RECREATION DEPARTMENT

USP, TUCSON ARIZONA



D. HUFFSTUTTLER, RECREATION SPECIALIST

2-26-16

DATE



# ACE CERTIFICATE OF COMPLETION

for participating in

## SS: MIDDLE EAST 1

This certificate is awarded to

## BEBARS BASLAN

on

## 8/22/2017

FCC Tucson Education Department

Self-Study Ace Coordinator: J. FARINSKY



# ACE CERTIFICATE OF COMPLETION

for participating in
**SS: ISLANDS 1**

This certificate is awarded to
**BEBARS BASLAN**
on
**9/24/2017**

FCC Tucson Education Department

Self-Study Ace Coordinator: J. Farinsky



# ACE CERTIFICATE OF COMPLETION

for participating in

**SS: RUSSIAN TSARS 1**

This certificate is awarded to

**BEBARS BASLAN**

on

9/17/2017

FCC Tucson Education Department        Self-Study Ace Coordinator: J. Farinsky



# RPP CERTIFICATE OF COMPLETION

for participating in

**DAVE RAMSEY FINANCIAL PEACE UNIVERSITY**

This certificate is awarded to

## BEBARS BASLAN

FCC Tucson Education Department

**MAY 15TH 2018**





# Certificate of Appreciation

**This Certificate is Awarded to**

*Bebars Baslin*

**In Recognition of Your Hard Work and Dedication**

Signed _Tamier Soé_

Date _8/22/19_



# ADULT CONTINUING EDUCATION
# CERTIFICATE OF COMPLETION

## *ESSENTIALS OF LEADERSHIP*

*This certificate is awarded to:*

BEBARS BASLAN

*FCC Tucson Education Department*

06/08/2020

Ace Coordinator    *A.C. Callan*



# ADULT CONTINUING EDUCATION
# CERTIFICATE OF COMPLETION

## MONEY MANAGEMENT

*This certificate is awarded to:*

### BEBARS BASLAN

*FCC Tucson Education Department*

08/01/2020

Ace Coordinator  *A.C. Callen*



# ADULT CONTINUING EDUCATION
## CERTIFICATE OF COMPLETION

## *PREPARING FOR RELEASE 1*

*This certificate is awarded to:*

BASLAN BEBARS

*FCC Tucson Education Department*

07/06/2020

A.C. Callan

Ace Coordinator



# ADULT CONTINUING EDUCATION
# CERTIFICATE OF COMPLETION

## *PREPARING FOR RELEASE 2*

*This certificate is awarded to:*

### BEBARS BASLAN

*FCC Tucson Education Department*

07/06/2020

Ace Coordinator *A. C. Callas*



# ADULT CONTINUING EDUCATION
# CERTIFICATE OF COMPLETION

## PERSONAL DEVELOPMENT

This certificate is awarded to:

BEBARS BASLAN

FCC Tucson Education Department

06/08/2020

Ace Coordinator *A. C. Callan*

EXHIBIT BB




# CERTIFICATE OF PARTICIPATION



## Baslan Bebars
## 80637-053

In appreciation for participation in the 2015 Inmate Inclusion Day as the videographer for the events.

# FINDING OURSELVES AND INFLUENCING OTHERS; WE CAN MAKE A DIFFERENCE.

PRESENTED BY: R. Winner, Assistant Supervisor of Recreation

ON THIS DAY: August 10, 2015





CERTIFICATE

*of*

PARTICIPATION

B. Baslan

In appreciation for participation in the 2016 Inmate Inclusion Day skit, Talent Show, and music performances.

"WE ARE MORE ALIKE THAN DIFFERENT."

PRESENTED BY:    R. Winner, Assistant Supervisor of Recreation

ON THIS DAY:    August 29, 2016



# Certificate Of Participation

This Certificate of Completion is hereby awarded

To



**Behar Raslan**

For Participating as

Chairman of Tucson Health Fair Board

In the T.C.C. Tucson Indoor Tour and Health Fair on November 17, 2017

Thank You for all your hard work, dedication, and contribution to charity.

Your effort is applauded.



G. Morales



# Certificate Of Participation

This Certificate of Completion is hereby awarded

To

**Behnam Baslan**

For Participating as

Lead Coordinator for Tucson Health Fair

On the T.C.C. Tucson Indoor Tour and Health Fair on November 17, 2017

Thank You for all your hard work, dedication, and contribution to charity.

Your effort is applauded.

G. Morales



THE GREATEST WEALTH IS HEALTH.

HEALTH SCREENINGS

NUTRITIONAL TIPS

EXPERTS ON SITE

HEALTH ASSESSMENTS

FITNESS ACTIVITIES

8 am–3 pm

LOCATION : INDOOR GYM

CONTACT : USP RECREATION

ENJOY
FREE POPCORN, RAFFLES
PRIZES, GIVEAWAYS
AND MORE!

INMATE

INDOOR TOUR

HEALTH FAIR

USP-TUCSON

NOVEMBER 17

2017

# PERIMETER BICYCLING ASSOCIATION OF AMERICA, INC.

*in November of the year two thousand sixteen*

*presents*

## Platinum Achievement Award

*to*

# *Bebars Baslan*

*for cycling*

## 106 minutes

*in*

*Tucson Conquistadores*

## 11TH INDOOR EL TOUR

*presented by Arizona Health*

**Tucson Medical Center
El Tour de Tucson**

**34**

CASINO DEL SOL


Indoor El Tour

**Richard J. DeBernardis**
Founder & Executive Director
Perimeter Bicycling
Association of America, Inc.

**Cindy Huber Rubash**
Indoor El Tour Director
Perimeter Bicycling
Association of America, Inc.

**Barbara A. Franklin**
Awards Director
Perimeter Bicycling
Association of America, Inc.



U.S. Department of Justice
Federal Bureau of Prisons

---

Recreation Office

Tucson, AZ 85756
03/14/2018

**MEMORANDUM FOR: Wellness Recreation Aides    Baslan 80637-053**

**FROM: RECREATION SPECIALIST - G. MORALES**

**SUBJECT: Instructor Participation**

It has been a busy year and we have pulled off some outstanding events, and this would not be possible without the outstanding leadership you have displayed. So that we may continue to be successful please be advised that each Wellness Instructors/Recreation Aides are required to lend their assistance to the Biggest Loser Weight Loss Challenge, Health Fair, Indoor Tour De Tucson, and any other Event hosted by Recreation Wellness. Please check the schedule to learn the times that you and your class will be featured during the special event to boost participation in all of our Recreation Wellness activities.

Thank You!

G. Morales

*United States Penitentiary Tucson*

JUNE 2017, Vol. 40

# Recreation News

**HANDBALL**

This year the singles Handball League had a new champion. The title went to G. Walter out of A2 and second place went to J. Cavazos out of E1. Be on the lookout for a Doubles Handball League flier coming out soon.

A new Beginners Handball League will be starting July 15th and will be played at 1 and 2pm during your Saturday and Sunday recreation time. If you are interested in a good workout and having fun, drop off your cop-out in Recreation by July 2nd. Hope to see you out there!

— *M. Hookland*
*Recreation Specialist*

**"RECREATION NEWS" ARTICLES NEEDED:**

Each month "Recreation News" will highlight areas of our department by publishing articles written by the inmate population and recreation staff. Inmates interested in submitting an article must submit it to the recreation office prior to the monthly deadline. Articles must meet the following criteria: no longer than approximately 200 words, no profanity, proper grammar and topics must be relevant to recreation. All articles submitted will be edited prior to inclusion in the newsletter.

— *J. Grijalva*
*Recreation Specialist*

## WEATHER HEAT ADVISORY

A National Weather Service Heat Advisory has been issued for Southern Arizona. This includes the Tucson Metropolitan area.

Temperatures are expected to reach or exceed record levels, rising as high as 110 degrees in the Tucson area and 116 degrees in the western deserts.

Additional heat advisories may be issued on Tuesday and Wednesday July 4, when the temperature is expected to reach at least 111 degrees in Tucson.

Temperatures may get up to 13 degrees above normal. For those planning outdoor activities, use extreme caution and drink plenty of fluids to avoid heat-related illnesses.

If possible stay out of the sun, in an air-conditioned room.

Courtesy: The National Weather Service.

## ONE ON ONE

This is part five of my series on interviews with our Recreation Staff. In this issue the featured staff member is Recreation Specialist, Mr. Morales, who among his other duties supervises the wellness program. Mr. Morales was kind enough to answer the following five questions;

**Q1** - You recently oversaw the "Biggest Loser" weight loss competition. Tell us a little about how that came about and what was the purpose behind such a bold endeavor?
**A1** – *During the picture night for the Indoor Tour Event the inmate photographer mentioned that it would be a good idea to start a weight loss challenge and I agreed. I then acquired inmate Baslan to help get the event going and the rest is history.*

**Q2** – Going back to late last year you oversaw the health fair/Tour de Tucson which by all accounts was an overwhelming success, how proud were you of that moment?
**A2** – *It was a moment that brought me great pride and joy. I really enjoyed taking a concept and making it a reality. The cherry on top was that the inmate population came together and the event was successful, which is a huge compliment to the population.*

**Q3** – You are the staff member behind the posting of Wellness articles on the inmate electronic bulletin board. What items qualify as worth posting and are you open to ideas?
**A3** – *Anything qualifies that is in good taste and can improve the lives of the inmate population. I am always open to ideas and many of the articles have been added that were suggested by the population.*

**Q4** – Is there anything the inmate population can look forward to from your area of recreation, anything you have planned or are planning?
**A4** – *I plan to continue weight loss and wellness but these six months from July to December I will try to add a fitness challenge and rank all participants on the yard by their fitness level. We also have the upcoming health Fair and Indoor Tour de Tucson coming up in November.*

**Q5** – You have inmate recreation workers and volunteers who assist you in carrying out your duties. How important are they to getting everything right and running smoothly?
**A5** – *The inmate recreation workers and volunteers are instrumental to the success and motivation of the inmate population... Without them we would have limited success and motivation of the population. Without them we would have limited success but I am glad to have them and they improve the program tenfold.*

*Article Submitted By*
*Inmate KJ Fuller*



| PARTICIPATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNIT | % PRTCPT. | JAN | FEB | MAR | APR | MAY | JUN | FINAL |
| A 1 | 47.11% | 40 | 29 | 35 | 30 | 32 | 21 | 57 |
| A 2 | 25.62% | 28 | 17 | 14 | 21 | 9 | 6 | 31 |
| B 1 | 26.56% | 19 | 22 | 21 | 9 | 13 | 5 | 34 |
| B 2 | 21.77% | 9 | 4 | 8 | 4 | 12 | 7 | 27 |
| C 1 | 15.75% | 10 | 9 | 5 | 5 | 9 | 10 | 20 |
| C 2 | 20.31% | 17 | 3 | 4 | 2 | 8 | 3 | 26 |
| D 1 | 23.62% | 17 | 10 | 10 | 8 | 14 | 5 | 30 |
| D 2 | 48.28% | 42 | 46 | 28 | 16 | 24 | 21 | 56 |
| E 1 | 35.29% | 14 | 8 | 13 | 28 | 19 | 8 | 42 |
| E 2 | 36.22% | 36 | 24 | 21 | 12 | 17 | 11 | 46 |

| SOUTH | | NORTH | | SOUTH | | NORTH | |
|---|---|---|---|---|---|---|---|
| 174 inmates | **VS** | 195 inmates | | -201 LBS | **VS** | -19 LBS | |

| WEIGHT LOSS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNIT | | FEB | MAR | APR | MAY | JUN | FINAL | SCORE |
| D 2 | | -200 | -109 | -77 | -148 | -88 | -544 | 262.72 |
| E 2 | | -163 | -57 | -36 | -67 | -44 | -331 | 162.19 |
| B 1 | | -148 | -67 | 0 | -48 | 14 | -249 | 120.09 |
| E 1 | | -49 | -11 | -18 | -145 | 4 | -201 | 104.71 |
| C 1 | | -113 | -22 | -16 | -29 | -41 | -204 | 95.24 |
| A 2 | | -119 | -34 | -27 | -47 | 0 | -200 | 94.74 |
| A 1 | | -80 | -43 | 39 | -19 | -28 | -171 | 79.20 |
| D 1 | | -97 | -13 | -11 | -21 | -20 | -151 | 77.17 |
| B 2 | | -35 | -20 | 1 | -54 | 3 | -106 | 56.81 |
| C 2 | | -20 | -15 | -3 | 3 | -19 | -51 | 26.61 |
| TOTAL: | | -1023 | -391 | -149 | -574 | -219 | -2208 | |



# Certificate of Participation

## This Certificate of Participation is hereby

awarded

To

## Hebars Baslan

For the participation in the Indoor Tour De Tucson here at FCC Tucson, On this eighteenth day of November two thousand and sixteenth, Your hardwork, dedication and contribution to charity have been noticed and your effort is applauded

G. Morales

G. Morales - Recreation Specialist

# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

Volunteer Appreciation Certificate

Baslan, B #80637-053

Awarded To

In appreciation for your contribution of 39 hours to the Chapel Mural (Apr-Jun 2019) project.

11/9/19
Date

Chaplain Martin

# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

### Volunteer Appreciation Certificate

Baslan, B  #80637-053

Awarded To

In appreciation for your contribution of __48__ hours to the Chapel Mural (Jan-Mar 2019) project.

11/9/19

Date

Chaplain Martin

# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

Volunteer Appreciation Certificate

Baslan, B   #80637-053

Awarded To

In appreciation for your contribution of  20  hours to the  Chapel Mural  (Oct-Dec  2018)  project.

Chaplain Martin

11/9/9

Date





# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

Volunteer Appreciation Certificate

Baslan, B #80637-053

Awarded To

In appreciation for your contribution of  26  hours to the  Chapel Mural (Jul-Sep 2018)  project.

11/5/19

Date

Chaplain Martin



# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

Volunteer Appreciation Certificate

Baslam, B #80637-053

Awarded To

In appreciation for your contribution of ___13___ hours to the ___Chapel Mural (Apr-Jun 2018)___ project.

11/9/18

Date

Chaplain Martin



# RELIGIOUS SERVICES DEPARTMENT

## FCC TUCSON

Volunteer Appreciation Certificate

Baslan, B  #80637-053

Awarded To

In appreciation for your contribution of  13  hours to the  Chapel Mural  (Jan-Mar 2018)  project.

Chaplain Martin

1/19/19
Date

# Certificate of Participation



USP TUCSON

This Certificate of Participation is hereby awarded to

___BHSLAN___

For successfully participating & performing in

FCC Tucson's first ever Concert Choir

On this 11th day of April, Year Two Thousand and Nineteen

Your hard work & dedication

Is appreciated.

FCC TUCSON

J. Grijalva – Recreation Specialist

EXHIBIT CC



# Orthodox Christian Prison Ministry

## DIVISION OF CORRESPONDENCE STUDIES
## AWARDS THIS CERTIFICATE OF COMPLETION OF THE

*A SEEKER OF TRUTH CORRESPONDENCE COURSE*

to

# BEBARS BASLAN

**ON THIS 30TH DAY of AUGUST 2017**



_____

**ARCHIMANDRITE DUANE PEDERSON**

_____

**ZOSSIMA DAUGHERTY**





# Orthodox Christian Prison Ministry

## DIVISION OF CORRESPONDENCE STUDIES

### AWARDS THIS CERTIFICATE OF COMPLETION OF THE

*PREACHING OF THE APOSTLES CORRESPONDENCE COURSE*

to

## BEBARS BASLAN

### ON THIS 25th DAY of SEPTEMBER 2019

ARCHIMANDRITE DUANE PEDERSON

ZOSSIMA DAUGHERTY





# Orthodox Christian Prison Ministry

## DIVISION OF CORRESPONDENCE STUDIES

## AWARDS THIS CERTIFICATE OF COMPLETION OF THE

*ORTHODOX CHRISTIAN CATECHISM STUDY COURSE*

to

# BEBARS BASLAN

## ON THIS 11th DAY of DECEMBER 2019



ARCHIMANDRITE DUANE PEDERSON

ZOSSIMA DAUGHERTY







# EXHIBIT DD



# Award

*Bebars Baslan*
*#80637-053*

*Has completed the*
*Non-Residential Drug Abuse Treatment*
*Program at the Federal Correctional Complex*
*Tucson, Arizona*

__August 28, 2019__
*Date*

A. Estrada, DTS

Certificate #TCP-19/33-01



# Certificate of Completion

*This is to certify that*

## BEBARS BASLAN #80637-053

*has completed the Drug Education Program at the Federal Correctional Complex, Tucson, Arizona.*

March 7, 2016
Date

A. Estrada, DTS

Certificate #TCP-1635-02

EXHIBIT EE

# Certificate of Completion



THIS CERTIFIES THAT

## Bebars Baslan

has COMPLETED the nine month Threshold Program building nine strong
foundations for a spiritual life at FCC Tucson.

_____
Volunteer

_____
Chaplain

2/28/19
_____
Date



# Certificate of Appreciation

T   *Tackle Step by Step*

H   *Hear the Needs*

R   *Renew the Spirit*

E   *Experiential Learning*

S   *Share Resources*

H   *Hope for Tomorrow*

O   *Open Mind and Heart*

L   *Lead by Community*

D   *Develop Success*

Managing mental and emotional health

Daily living

Positive use of leisure time

Wellness

Decision-making

Continued educational growth

Personal relationships

Spirituality/ spiritual growth

Accepting personal responsibility

THIS CERTIFIES THAT

## Bebars Baslan

has served as a mentor in the nine-month Threshold Program assisting new participants to learn the nine foundations for attaining a positive spiritual life - USP Tucson.

Eugene Snyder
Volunteer

Chaplain

1/9/19
Date

EXHIBIT FF

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

Office of the Pastoral Care Department                Tucson, Arizona    85756

August 1, 2019


MEMORANDUM FOR: CENTRAL FILE

FROM:        J. Dominguez, Chaplain

SUBJECT:        Character Reference for Baslan, B. (#80637-053).

Inmate Baslan is an orderly in the USP's Chapel, assisting in the role of Assistant Librarian.  The USP Chapel is the Religious Services main hub for the complex.  As such, we manage 19 different religions in three different locations, all while heavily understaffed.  Given these challenges, our orderlies play an integral part in the Religious Services department achieving its daily goals.

During my tenure at FCC Tucson, Baslan took on tasks with decisiveness and expediency, often taking initiative and rarely requiring supervision.  Baslan's key responsibilities include:

1. Support and assist inmates from diverse religious backgrounds with research and learning about their faith.
2. Assist in maintaining and organizing the digital and print Religions library.
3. Create and implement creative ways for inmates to maximize utilization of library resources.

In addition to these responsibilities, Baslan has managed to remain a well-regarded mentor in the Treshold program.  Most importantly, Baslan has remained shot free for the entirety of his incarceration.  Under every circumstance, Baslan acts with tact and professionalism towards staff and inmates.

In summary, Baslan understands the mission of our department and conducts himself in a manner congruent with that mission. Respectable work ethic and a true desire to become an asset to society makes him an asset to any hardworking team.

# EXHIBIT GG

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

_Office of the Pastoral Care Department_      _FCC Tucson, Arizona   85756_

July 1, 2020

MEMORANDUM FOR CENTRAL FILE

FROM:        S. Martin, Supervisory Chaplain

SUBJECT:      Inmate Bebars Baslan, Register No. 80637-053

To Whom It May Concern:

It is my pleasure to write this letter in support of Bebars Baslan. I have been working with him on a daily basis in the Federal Bureau of Prisons here in Tucson, AZ for the past two years. He started as an orderly but was quickly promoted to the Library Assistant based on his attention to detail and his ability to motivate and guide the other inmates.

I work with many inmates. However, few are as dedicated and caring as Mr. Baslan. From day one, it was clear that he is here because he truly cares about others and has a heart to serve God. He has developed into a man of understanding by evaluating his past actions, taking responsibility and then having the courage to change.

I have rarley been disappointed with Mr. Baslan's work. His duties are completed efficiently and without hesitation. He is an example for others to follow and many men seek his advice when they have difficulty working through challenging situations. He understands the need to have the Chapel prepared for all services in a timely manner, when others hesitate to do their work, he insists on completing the job first.

Mr. Baslan's desire to improve is constant. He was moved to bring his artistic talent to the Chapel with his painting of a wall mural and serving as a Threshold leader, which is designed to prepare inmates to make better decisions, enhance community reentry, and encourages positive life changes. Mr. Baslan has also been a successfully participant in the Challenge Program, which is another

program designed to help inmates understand others and make positive decisions.

I wish I had more orderlies like Mr. Baslan.  He is smart, personable, and dedicated. I know that he has a bright future ahead of him.  I whole-heartedly believe that Bebars Baslan, if given a chance can become a productive member of society.  He has served his time for his previous actions and has learned from his mistakes, he now would like to help others make good decisions to prevent them from making the same mistakes.  Please consider this recommendation for Bebars Baslan.

EXHIBIT HH

12/19/2020

To whom this may concern,

My name is Arturo Ochoa and I am an inmate at the same Federal Penitentiary where inmate Bebars Baslan is housed. This letter is intended to serve as a reference of Bebars Baslan's character based on my observations throughout the years I have known him.

I met Bebars Baslan in 2015 at the prison's chapel, where I have worked since 2013, and where I serve as the head orderly. Bebars Baslan had made a sincere profession of faith in Christ, and I became involved in his discipleship journey. Bebars Baslan completed several Bible base studies offered at our Religious Services Department. He also completed the Threshold Program—a reputable spiritual application program of the Bureau of Prisons, then he was selected to serve as a mentor (1 of 14) in the same program.

After witnessing Bebars Baslan's commitment to faith, sobriety, sexual purity, self-improvement, and service, I invited him to join our carefully selected chapel crew. At the time, Bebars Baslan was working for the Recreation Department—leading Art classes and painting amazing murals throughout the prison, also earning a significantly higher pay than what a Religious Department Job could offer him. Yet in 2019, Bebars Baslan quit his job and joined our chapel crew at the lowest entry level—cleaning toilets daily for less pay. What was his motivation? To serve God and others.

Bebars Baslan, a multitalented person, used his gift and skills to improve our chapel. He painted the entire chapel and decorated it with beautifully-impressive murals. He organized our audio and video equipment, managing several thousands of dollars worth of equipment. He also assisted to create a video self-study program that benefits inmates of all religions. Finally, for his outstanding performance, Bebars Baslan was selected by the Supervisor Chaplain for the coveted job of Chapel Librarian (his current job).

Bebars Baslan's achievements are not only impressive at the Religious Services Department, but they are also impressive at the Psychology Department. Bebars Baslan has completed several psychology programs offered at our prison, most notably completing the Challenge Program in 2017. The Challenge Program is the most intense and best reputed

residential treatment program of the Federal Bureau of Prisons. As a resident completer, I have witnessed Bebars Baslan dealing with various treatment issues by applying the program's tools and methods.

Similarly to how Bebars Baslan performed in the chapel, he also produced positive results in the program, after being selected to stay as a volunteer completer. He has been commissioned to paint several murals and now leads the Art Committee. He has assisted to develop and present trainings on subjects like leadership, mediation, anger management, communication, public speaking, etc. He has led various committees and sub-committees within the program. Finally, for his outstanding performance, once again, Bebars Baslan was selected to serve as a mentor (1 of 11) in the Challenge Program.

I could continue presenting facts about Bebars Baslan, however, this is only meant to serve as a summary. I am conviced, based on what I have seen, of the transformation and rehabilitation that Bebars Baslan has achieved. I really hope that he is granted an opportunity, to one day, get out and _be_ the role model he has been here, and _do_ the things he has done here. Everyone deserves a second chance, but he does more than anybody.

Sincerely,

Arturo A.O

Arturo Ochoa #83785-279
USP Tucson
P.O. Box 24550
Tucson, AZ 85734

EXHIBIT II

```
TCP42  606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      10-07-2020
PAGE 001 OF 001                                                  12:51:40
                         (A) IDENTIFYING DATA
REG NO..: 80637-053              FORM DATE: 09-22-2020        ORG: DSC
NAME....: BASLAN, BEBARS
                                  MGTV: POP MGT
PUB SFTY: GRT SVRTY,SEX OFFN,SENT LGTH   MVED: 09-22-2021
                         (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (7) GREATEST
MOS REL.: 277                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                         (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


               --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+9   +19   -3       +6         MEDIUM     N/A             IN       DECREASE


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

PD15

```
   TCPAA            *            INMATE DISCIPLINE DATA           *       11-16-2020
PAGE 001 OF 001 *          CHRONOLOGICAL DISCIPLINARY RECORD      *       12:14:28


REGISTER NO: 80637-053 NAME..: BASLAN, BEBARS
FUNCTION...: DIS       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 11-16-2020
                       RSP OF: TCP-TUCSON USP
```

```
G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```

DATE REVIEWED: _9-22-2020_

INSTITUTION: _TCP_     UNIT: _D-2_

INMATE NAME: _BASLAN_     REG NO: _80637-053_

FIRST STEP ACT (Circle One):     ELIGIBLE   /   (INELIGIBLE)

RECIDIVISM RISK LEVEL (Circle One):     (MINIMUM)   LOW   MEDIUM   HIGH

X _(signature)_