

June 4, 2021

**BY ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:     ***United States v. Bebars Baslan,*** **13-Cr-220 (RJD)**

Dear Judge Dearie:

      On April 5, 2021, I filed a motion for a reduction of sentence on behalf of Mr. Baslan. I have recently obtained an updated summary of Mr. Baslan's activities in the Challenger Program discussed in the motion. The update is attached as Exhibit JJ.

      Thank you for your consideration.

                                                        Respectfully submitted,

                                                          /s/

                                                          Florian Miedel
                                                          *Attorney for Bebars Baslan*

Cc: AUSA Andrew Wang (by ECF)