# Exhibit JJ

# Bureau of Prisons
# Psychology Services
## Challenge - Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | BASLAN, BEBARS | | | | Reg #: | 80637-053 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/22/1977 | Sex: | M | Facility: TCP | Unit Team: | UNIT D2 |
| Date: | 05/14/2021 12:52 | Provider: | McNamara, D. MS, CTS | | | |

### Comments

This letter serves to outline the contributions of Mr. Baslan to the Challenge Program's Modified Therapeutic Community (MTC) at USP Tucson. Challenge is a residential modified therapeutic community program where inmates engage in full day programming consisting of journal groups, topic groups, and process groups, for a minimum of 500 hours, over a 12-16 month period. Mr. Baslan successfully completed the program. After completing the program, Mr. Baslan continued to reside in the community as a graduate where his contributions were observed as outstanding. He is a positive example in leading his peers to successfully complete the Challenge Program.

Mr. Baslan has played an integral role as a Challenge Program graduate, where he consistently demonstrates effective listening, processing, and communication skills. He was able to effectively and diligently work with community participants through their struggles to include mental health, drug abuse and many forms of relapses. Given his commitment to both his treatment as well as the MTC, he was selected as a mentor and has remained in the residential setting due to the years of dedicated service. The role of a mentor consists of various responsibilities which include, but are not limited to: assisting new participants with the MTC mission, attitudes, and core values of the program; give guidance to daily community meetings; provided caseload supervision; facilitating process groups with both wait status and complete status members; assisting treatment specialists with journal groups; and facilitating successful mediations between community members as well as general population inmates. Mr. Baslan has also voluntarily participated in community committees including Topic Groups, Learning, Cultural Diversity, Health & Fitness, Activities, Motivation, Hospitality, Sanitation, Art, Newsletter and mediation. Mr. Baslan has demonstrated a concentrated effort in the Art program and has helped many participants engage in healthy coping skills and has spent significant time and effort with Care3 and Care2 inmates. This has demonstrated Mr. Baslan's willingness to help mental health inmates overcome uncommon stressors related to their mental health diagnosis and ease their way into a community and establish a healthier lifestyle. Mr. Baslan has led many committees to success with the oversight of staff. Mediation is a committee that facilitates conflict resolution in a prison environment. Mr. Baslan's behavior is a clear break from the negative prison culture. As a mentor, he stands against a system that rewards accountability with retribution and violence. He does so in spite of the risk. His role as a mentor is a 24 hour a day job where participants often seek guidance for a number of common issues one would expect from the prison culture. This often means Mr. Baslan is consistently working by himself or with other mentors to diffuse situations and maintain peace when staff are not able to be present. Additionally, Mr. Baslan served and is currently serving as an inmate suicide companion, where mediation and communication skills are extremely valuable. Mr. Baslan has consistently demonstrated that he is dependable and responsible. In addition to his strength, Mr. Baslan clearly demonstrates an ability to effectively balance his roles, so that his own self-care is not compromised. He presents an excellent peer model in the MTC. His reliability is exemplary and his maturity is an asset to the community.

Mr. Baslan continues to be an active participant in his own treatment by completing many of the programs FCC Tucson has to offer. He is able to acknowledge the criminal thinking errors that he has used in his past to include the thinking errors that led to his criminal lifestyle prior to incarceration. He demonstrates this growth and change by assisting community members in their treatment and current struggles. Mr. Baslan also continues to maintain an excellent institutional record with no disciplinary reports while residing in a high security setting. This pattern of conduct over a long period of time validates his commitment to following the rules and holding a personal high standard of integrity. His dedication to himself and to the Challenge Program has been commendable.

Completed by McNamara, D. MS, CTS on 05/20/2021 11:06

**Reviewed by Johnson, S. PhD on 05/20/2021 11:07**