UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 28 2021 ★
BROOKLYN OFFICE

RECEIVED
DEC 28 2021
PRO SE OFFICE

Case No. 13-cr-220(RJD)

UNITED STATES OF AMERICA,
v.
BEBARS BASLAN

## NOTICE OF APPEAL

Please tak Notice the defendant, Bebars Baslan, respectfully appeals the Court's 12/06/21 Judgment denying relief under 28 U.S.C. §2255.

Defendant declares under the penalty of perjury he received the order on 12/21/21, (postmarked 12/9/21), and mailed this notice on the same day (12/21/21).

Respectfully Submitted

Date: 12/21/21      x [signature]
                       Bebars Baslan

Bebars Baslan
#80637-053
United States Penitentiary
P.o Box 24550
Tucson, AZ 87534

legal mail

CERTIFIED MAIL
7020 0640 0002 2934 2436

Clerks of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FEDERAL CORRECTIONS COMPLEX

9300 S. WILMOT ROAD

TUCSON, ARIZONA 85756

DATE: 12/21/21

The enclosed letter was processed though special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.